1  Eric D. Olson, State Bar No. 198373
   LEE, HONG, DEGERMAN, KANG & WAIMEY
2  3501 Jamboree Road, Suite 6000
   Newport Beach, CA 92660
3  Telephone: (949) 250-9954
   Facsimile:  (949) 250-9957
4  Email: eolson@lhlaw.com

5  Joseph Koo, State Bar No. 322537
   Jong Hyun Lee, State Bar No. 322539
6  Soojin Youn, State Bar No. 331888
   LEE, HONG, DEGERMAN, KANG & WAIMEY
7  660 South Figueroa Street, Suite 2300
   Los Angeles, California 90017
8  Telephone: (213) 623-2221
   Facsimile:   (213) 623-2211
9  Emails: jkoo@lhlaw.com; edlee@lhlaw.com; syoun@lhlaw.com

10 Attorneys for Applicant
   Chloe H. Kim

11

12                    UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 In re *Ex Parte* Application of          Case No.:

16 Chloe H. Kim,                            **DECLARATION OF CHLOE H. KIM**
                                            **IN SUPPORT OF *EX PARTE***
17                  Applicant.              **APPLICATION FOR AN ORDER**
                                            **PURSUANT TO 28 U.S.C. § 1782**
18                                          **AUTHORIZING DISCOVERY FOR**
                                            **USE IN FOREIGN CIVIL**
19                                          **PROCEEDINGS**

20

21

22

23

24

25

26

27

28

                                1
                   **DECLARATION OF CHLOE H. KIM**

*(left margin, vertical)* LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

I, Chloe H. Kim, declare as follows:

1.     I am over the age of 18 years old, am competent to testify on the matters stated in this declaration, and have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2.     This declaration is in support of my *Ex Parte* Application for an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings (the "Application").

3.     I am also known by my Korean name "김희영," which can be translated into "Hee Young Kim" or "Hee-Young Kim" in English. I am the Chairman of the Board of Directors of the T&C Foundation and reside in the Republic of Korea.

4.     Since December 2015, I have been subject to years of cyberbullying in relation to my relationship with Tae-Won Chey, the Chairman of SK Inc., which is one of the largest tech conglomerates in Korea. While Mr. Chey and I live together and have a child together, Mr. Chey's divorce proceedings with his former wife Ms. So-Yeong Roh—daughter of former South Korean president Mr. Tae-Woo Roh—have been ongoing for over 8 years due to particularly complex property division issues. The proceedings have been appealed twice and are now pending before the Supreme Court of Korea.

   a.     In the past, numerous individuals—including friend and supporters of Ms. Roh—systematically spread false, defamatory, and/or harassing statements about me and my family.  For instance, they spread rumors that I had fabricated my academic credentials and that my mother had been a bar hostess and mistress of a married small business owner, attempting to portray me as a deceitful woman who sought out Mr. Chey for financial gain.

   b.     Multiple individuals were convicted of criminal charges and held liable for damages in civil lawsuits in Korea related to the statements referenced in subparagraph (a). In one of those criminal cases, for example, the court acknowledged that the defendant recklessly spread these false statements about my personal life with malicious intent to insult and defame me, causing me substantial emotional distress, and found the defendant guilty of defamation for making these false statements (Seoul Central District Court Appellate Case

**DECLARATION OF CHLOE H. KIM**

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

No. 2018Roh3756; affirmed by the Supreme Court Case No. 2020Do2959). However, the various falsehoods that once circulated online never completely disappeared. More recently, numerous financially motivated online users are creating and posting false videos to generate clicks and attract viewers, perpetuating similar false statements about me and my family.

5.      This year, as news of Mr. Chey's appellate-level divorce ruling was widely covered by Korean media outlets, numerous social media content generators aimed a large number of provocatively titled videos at me, attacking my personal life and my family with false, defamatory, and/or harassing statements that they held out to be truths. Anonymous YouTube users (collectively, the "YouTubers") published multiple videos on their respective ten (10) YouTube channels (collectively, the "YouTube Channels") that made the same or similar defamatory statements about me. The YouTube Channels at issue are as follows[1]:

a.      On the YouTube channel named "5S News" (Korean original: "5S 뉴스"), an anonymous individual formerly using the YouTube handle "@user-g15qo6bu2z" and now using the YouTube handle partially in the Korean language "@5S 뉴스" published at least 48 defamatory videos about me.[2] True and correct screenshots of this YouTube channel and the "About" page (showing the location as South Korea) as of October 14, 2024 are attached as **Exhibit 1**. In particular, three (3) of the videos were published between July 2 and July 5, 2024, based on Korea Standard Time (KST), and were titled: "Shocking secrets revealed about Hee-Young Kim's past with Tae-Won Chey, Hee-Young Kim's bad blood with her mom, Hee-Young Kim's past, and Hee-Young Kim's shocking past on Missy USA!"; "Shocking Uncomfortable Truth About Hee-Young Kim's Mother! Hee-Young Kim's Mother's Hidden Past, Tae-Won Chey and Soh-Yeong Roh Didn't Know! Hee-Young Kim's son, the shocking reason he changed his last name"; and "Why did Chairman Tae-Won Chey testify falsely? Hee-Young Kim, the real reason why she left in a

---

[1] I have reviewed the YouTube Channels and corresponding videos at issue. The video titles referenced herein are English translations of the Korean original titles. I am sufficiently fluent in both English and Korean to verify that the English translations are accurate.

[2] Though the handle associated with this YouTube channel changed (as of October 2, 2024), the channel ID "UCMWf80RkhlyAiwMV34jn0MQ" remains the same.

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

**DECLARATION OF CHLOE H. KIM**

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

hurry with only her son? Hee-Young Kim's ex-husband, the reason for his silence and the truth about the Gangnam Building? Chairman Tae-Won Chey's affair, legal problems and the crisis of SK Group."[3]

   b.   On the YouTube channel named "SKBR TV," an anonymous individual using the YouTube handle "@mjaeger38" published at least five (5) defamatory videos about me. True and correct screenshots of this YouTube channel and the "About" page (showing the location as South Korea) as of October 14, 2024 are attached as **Exhibit 2**. In particular, one (1) video was published on July 1, 2024 (KST) at the URL https://www.youtube.com/watch?v=ilubsLsmIzY and was titled: "It turns out Hee-Young Kim's mom and dad... how has she been hiding this?" This video is now designated as private, but the Internet Archive Wayback Machine's archived webpage of this video as of July 8, 2024 shows that the video was public, where it was viewed approximately 359,000 times and liked approximately 5,600 times. A true and correct screenshot of this Wayback Machine archived webpage is attached as **Exhibit 3**.

   c.   On the YouTube channel named "Gangsan TV" (Korean original: "강산 TV"), an anonymous individual using the YouTube handle "@gangsanTV" published at least four (4) defamatory videos about me. True and correct screenshots of this YouTube channel and the "About" page (showing the location as South Korea) as of September 25, 2024 are attached as **Exhibit 4**. In particular, one (1) video was published on July 1, 2024 (KST) at the URL https://www.youtube.com/watch?v=-ek7Nhu0d3Q and was titled: "It turns out that Hee-Young Kim's mom and dad... How on earth did she hide it? Tae-Won Chey and Soh-Yeong Roh are shocked!" This video is now designated as private, but the Internet Archive Wayback Machine's archived webpage of this video as of July 7, 2024 shows that the video was public, where it was viewed approximately 651,000 times and liked approximately

---

[3] These videos were previously accessible at the URLs https://www.youtube.com/watch?v=IO1Wiqe9ZAY, https://www.youtube.com/watch?v=pvXR-oi3YCo, and https://www.youtube.com/watch?v=MwNEp7mQvJQ, but as of September 24, 2024, they are no longer publicly available online. However, similar defamatory videos about me continue to be published to this YouTube channel.

**DECLARATION OF CHLOE H. KIM**

6,800 times. A true and correct screenshot of this Wayback Machine archived webpage is attached as **Exhibit 5**.

        d.     On the YouTube channel named "Cat Queen News TV" (Korean original: "고양이여왕뉴스 TV"), an anonymous individual using the YouTube handle "@catnewskr" published at least ten (10) defamatory videos about me. True and correct screenshots of this YouTube channel and the "About" page (showing the location as South Korea) as of September 25, 2024 are attached as **Exhibit 6**. In particular, one (1) video published on July 4, 2024 (KST) and was titled: "Soh-Yeong Roh released photos of Hee-Young Kim-Tae-Won Chey's two children. Soh-Yeong Roh warned that Hee-Young Kim and Tae-Won Chey will soon be in jail. Hee-Young Kim, get ready to experience the pain of losing your child😔😡" [4]

        e.     On the YouTube channel named "Gochubat" (Korean original: "고추밭"), an anonymous individual using the YouTube handle "@gochubat2024" published at least four (4) defamatory videos about me. True and correct screenshots of this YouTube channel and the "About" page (showing the location as South Korea) as of September 25, 2024 are attached as **Exhibit 7**. In particular, one (1) video was published on June 28, 2024 (KST) and was titled: "Why the Tae-Won Chey Hee-Young Kim verdict is so funny, Director Soh-Yeong Roh is hilarious."[5] Another video was published on July 15, 2024 (KST) at the URL https://www.youtube.com/watch?v=cdM9OY2Hmv8 and was titled: "Why Tae-Won Chey's mistress is trying to get rid of this video because it's real lol (soon to be deleted)." This video is now unavailable on YouTube, but the Internet Archive Wayback Machine's archived webpage of this video as of July 17, 2024 shows that the video was viewed approximately 54,000 times and liked approximately 1,700 times. A true and correct screenshot of this

---

[4] This video was previously accessible at the URL https://www.youtube.com/watch?v=ctRt_Hgn1TY, but as of September 25, 2024, it is no longer publicly available online.

[5] This video was previously accessible at the URL https://www.youtube.com/watch?v=RTHXHtAeK0A, but as of September 25, 2024, it is no longer publicly available online.

**DECLARATION OF CHLOE H. KIM**

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

1  Wayback Machine archived webpage is attached as **Exhibit 8**.

2          f.      On the YouTube channel formerly named "Eye-Catching News"

3  (Korean original: "눈길가는뉴스") and now named "Well-Well-Well" (Korean original:

4  "잘잘잘"), an anonymous individual formerly using the YouTube handle

5  "@today.breakingnews" and now using the YouTube handle "@wellness-plan" published at

6  least 32 defamatory videos about me.[6] True and correct screenshots of this YouTube channel

7  and the "About" page (showing the location as South Korea) as of October 14, 2024 are

8  attached as **Exhibit 9**. In particular, one (1) video was published on June 21, 2024 (KST) at

9  the URL https://www.youtube.com/watch?v=GD83nZfpHSc and was titled: "The lady of a

10 conglomerate household Hee-Young Kim, the con of the century (click ▶ for full video)."

11 This video is now unavailable on YouTube, but a screenshot of this video's webpage as of

12 June 28, 2024 shows that the video was viewed approximately 6,700 times and liked 135

13 times. A true and correct copy of this screenshot is attached as **Exhibit 10**.[7]

14         g.      On the YouTube channel named "RichRich Story" (Korean original:

15 "리치리치스토리"), an anonymous individual using the YouTube handle "@richrichstory"

16 published at least 33 defamatory videos about me. True and correct screenshots of this

17 YouTube channel and the "About" page (showing the location as Australia) as of September

18 25, 2024 are attached as **Exhibit 11**. In particular, one (1) video was published on June 25,

19 2024 (KST) at the URL https://www.youtube.com/watch?v=UvQ49G92nCY and was titled:

20 "Hee-Young Kim's son with her ex-husband strangely changed his last name from 'Lee' to

21 'Chey.' #Hee-Young Kim's *Toran* post." This video is now unavailable on YouTube, but the

22 Internet Archive Wayback Machine's archived webpage of this video as of July 5, 2024 shows

23 that the video was viewed approximately 63,000 times and liked 891 times. A true and correct

24 screenshot of this Wayback Machine archived webpage is attached as **Exhibit 12**. Another

---

[6] Though the name of this YouTube channel and associated handle changed (as of October 2, 2024), the channel ID "UCozD_b-WP3HjHUXrTwIhP1A" remains the same.

[7] This video was previously accessible at the URL https://www.youtube.com/watch?v=GD83nZfpHSc, but as of September 25, 2024, it is no longer publicly available online.

video was published on June 27, 2024 (KST) at the URL
https://www.youtube.com/watch?v=kSXadZALLP0 and was titled: "#shorts What is Hee-
Young Kim's Violin *Toran* post?" This video is also now unavailable on YouTube, but a
screenshot of this video's webpage as of June 28, 2024 shows that the video was viewed
approximately 1,400 times and liked 31 times. A true and correct copy of this screenshot is
attached as **Exhibit 13**.[8] Two (2) other videos were published between July 6 and July 12,
2024 (KST) and were titled: "#shorts Hee-Young Kim is only a middle school graduate?"; and
"Hee-Young Kim being revealed the more she tries to cover up (feat. middle school graduate,
*ssangchub*)."[9]

        h.    On the YouTube channel named "Master Review" (Korean original:
"마스터리뷰"), an anonymous individual formerly using the YouTube handle
"@masterrevie-1" and now using the YouTube handle "@masterrevie-4" published at least
three (3) defamatory videos about me.[10] True and correct screenshots of this YouTube channel
and the "About" page (showing the location as South Korea) as of October 14, 2024 are
attached as **Exhibit 14**. In particular, one (1) video was published on June 29, 2024 (KST) at
the URL https://www.youtube.com/watch?v=MDWChARVaZA and was titled: "The current
situation of Soh-Yeong Roh who once again exposed Tae-Won Chey, Hee-Young Kim." This
video is now unavailable on YouTube, but the Internet Archive Wayback Machine's archived
webpage of this video as of June 30, 2024 shows that the video was viewed approximately
127,000 times and liked approximately 1,600 times. A true and correct screenshot of this
Wayback Machine archived webpage is attached as **Exhibit 15**.

        i.    On the YouTube channel named "Shuchil27_issueCHILL" (Korean

---

[8] This screenshot shows that the title of the video was slightly changed to "#shorts Hee-Young Kim's Violin con, part 2, '*Toran* post'" but the URL remained the same.

[9] These videos were previously accessible at the URLs
https://www.youtube.com/watch?v=6xH8l0Dgemc and
https://www.youtube.com/watch?v=okdTYbFDfp8, but as of September 25, 2024, they are no longer publicly available online.

[10] Though the handle associated with this YouTube channel changed (as of October 2, 2024), the channel ID "UCdJshoypbQF8Uj_wuSk5jtA" remains the same.

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

7

**DECLARATION OF CHLOE H. KIM**

original: "슈칠 27_issueCHILL"), an anonymous individual using the YouTube handle "@issueCHILL27" published at least 20 defamatory videos about me. True and correct screenshots of this YouTube channel and the "About" page (showing the location as South Korea) as of September 25, 2024 are attached as **Exhibit 16**. In particular, one (1) video was published on June 18, 2024 (KST) at the URL https://www.youtube.com/watch?v=CKv46YjZQ8o and was titled: "Tae-Won Chey's Woman Caught in the middle of fabricating lies (ft. Violin)." This video is now unavailable on YouTube, but the Internet Archive Wayback Machine's archived webpage of this video as of June 21, 2024 shows that the video was viewed approximately 138,000 times and liked approximately 1,600 times. A true and correct screenshot of this Wayback Machine archived webpage is attached as **Exhibit 17**.

        j.     On the YouTube channel named "Pure Sea TV" (Korean original: "푸른샘 TV"), an anonymous individual using the YouTube handle "@pure-sea" published at least two (2) defamatory videos about me. True and correct screenshots of this YouTube channel and the "About" page (showing the location as France) as of September 25, 2024 are attached as **Exhibit 18**. In particular, one (1) video was published on June 29, 2024 (KST) at the URL https://www.youtube.com/watch?v=rxXILVlwPcY and was titled: "Tae-Won Chey Kim Hee-Young Soh-Yeong Roh How did this happen?" This video is now unavailable on YouTube, but the Internet Archive Wayback Machine's archived webpage of this video as of July 4, 2024 shows that the video was viewed approximately 291,000 times and liked approximately 6,100 times. A true and correct screenshot of this Wayback Machine archived webpage is attached as **Exhibit 19**.

      6.     The videos specified above contain false, defamatory, and/or harassing statements about me, including but not limited to the following references common to some or all of the videos[11]:

---

[11] I have reviewed the videos at issue. The paraphrased statements from the videos referenced herein are English translations of the Korean original statements. I am sufficiently fluent in both English and Korean to verify that the English translations are accurate.

**DECLARATION OF CHLOE H. KIM**

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

a.      That I fabricated the appearance of doing a good deed of donating a violin via a community message board website "MissyUSA" by writing posts and messages both as myself and also the recipient. This statement is false and disproved by the evidence I have showing different IP addresses for the online posts and the transactions I made to donate my violin;

b.      That I graduated only middle school and forged my academic credentials claiming to have graduated Yonsei University's School of Music, Ewha Womans University's School of Art, and Beijing Academy of Fine Arts. This statement is false, and has already been determined to be false in a prior criminal defamation proceeding, as I did graduate Beijing Academy of Fine Arts, was enrolled in a master's art program at Ewha Womans University, and graduated with a master's degree from Yonsei University's Graduate School of Business Administration. The court reviewed the evidence, including my degree and enrollment certificates, in finding this to be false (Seoul Central District Court Appellate Case No. 2018Roh3756; affirmed by the Supreme Court Case No. 2020Do2959);

c.      That my mother was a former bar hostess and engaged in an extramarital affair as the mistress of a married small business owner. This statement is false and has already been determined to be false in a prior criminal defamation proceeding. The court reviewed the evidence, including my mother's income and tax history, in finding this to be false (Seoul Central District Court Appellate Case No. 2018Roh3756; affirmed by the Supreme Court Case No. 2020Do2959); and

d.      That in a prior criminal defamation proceeding, the defamatory statements about my academic credentials and my mother were found to be true. This statement is false. As mentioned above, the Korean court found such statements to be false and unsupported.

7.      The videos on the YouTube Channels and statements described above are not only false and damaging to my reputation as a businesswoman, but they are also harassing, degrading, and demoralizing towards me and my family. The constant and wide dissemination

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

9

**DECLARATION OF CHLOE H. KIM**

of vile falsehoods regarding my personal life has caused me to suffer a significant amount of emotional and mental harm, and it has caused irreparable emotional and mental harm caused to my family members.

8.     I have not been able to uncover the true identities of the YouTubers yet, but based on the Korean language and colloquial terms they use, I believe that the YouTubers are native Korean speakers and likely based in Korea, and they likely are South Korean citizens.

9.     The information that I seek pursuant to my Application regarding the YouTubers' true identities is necessary to proceed with the civil defamation lawsuits I have filed against each of them in Korea and, once obtained, will only be used for that purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of November, 2024, in Seoul, Korea.

_____ _____ _____

Chloe H. Kim

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300

10

**DECLARATION OF CHLOE H. KIM**

EXHIBIT 1

5S뉴스 - YouTube



☰    Search    🔍    🎤    ⋮    👤 Sign in

🏠 Home
📱 Shorts
📺 Subscriptions
▶ You
🕐 History



## 5S뉴스 ♪
@5S뉴스 · 126K subscribers · 1K videos
뉴스 - news ...**more**

**Subscribe**

Releases    Playlists    Community    🔍



정수라, 정주영 명예회장의 아들 낳고 50...
ago











K 그룹...          김희영의 역할과 최태원의 몰    [속보] 최태원 가족의 비극! 노    김희영과의 결혼 무산 이유는?    최태원, 김희영 전 남편과의 운    노소영 딸의...
것인...          락! 최태원의 딸이 아버지를 ...    소영 딸, 아버지의 불륜 목격...    최태원 회장의 충격적 사임 ...    명적인 만남! 김희영의 장신...    에게 경고...
                3.8K views · 4 days ago      4.1K views · 5 days ago      6K views · 5 days ago      3.2K views · 6 days ago      4.2K views · 7



☰  ▶ YouTube                      🔍  🎤        ⋮   👤 Sign in

🏠 Home

🎦 Shorts

📑 Subscriptions

▶ You

🕐 History

# 5S뉴스 ♪

@5S뉴스 • 126K subscribers • 1K videos

뉴스 - news

Releases    Playlists    Community        🔍





EXHIBIT 2



☰    Search    🎤    ⋮    👤 Sign in

🏠 Home
🔗 Shorts
📑 Subscriptions
▶️ You
🕐 History

## SBKR TV
@mjaeger38 · 94.2K subscribers · 143 videos

More about this channel ...more

**Subscribe**

Playlists    Community    🔍



TOP6
15K views · 2 days ago

사랑을 호빠에서 키운 여자연
예인 TOP5 | 호빠 출신으로 ...
19K views · 6 days ago

더러운 과거를 가진 남자연예
버린 여성연예인 TOP7 #이...
344 views · 7 days ago

결혼 전 끔찍한 관계로 유명해
진 4쌍의 커플
28K views · 9 days ago

인성 쓰레기 남자 연예인 TOP
3.. 지울 수 없는 범죄 과거가
3.2K views · 1...



빛을
정이 ...

안세영 알고보니 금수저 아빠
정체 잘못건드린 방수현 김...
1.3M views · 1 month ago

장윤정 경악... 미스터트롯2 박
서진의 탈락 소식을 접한 절...
629K views · 1 year ago

최진실 엄마 결국 숨겨둔 노트
공개...내용 공개되자 최준희...
626K views · 1 year ago

장윤정 트로트천재 빈예서 할
머니 보고 놀란 이유. 빈예서...
614K views · 9 months ago

빈에서 탈락...
보니. 뒤늦게...
520K views · 7...



# SBKR TV

@mjaeger38 · 94.2K subscribers · 143 videos

More about this channel

Playlists    Community





Search

Sign in

Home

Shorts

Subscriptions

You

History

# SBKR TV

@mjaeger38 • 94.2K subscribers • 143 videos

More about this channel ...more

Subscribe

Playlists Community

## About

### Channel details

www.youtube.com/@mjaeger38

94.2K subscribers

143 videos

15,815,703 views

Joined Mar 25, 2007

South Korea

Share channel

자와 결
TOP6

사랑을 호빠에서 키운 여자연예인 TOP5 | 호빠 출신으로 ...
15K views • 2 days ago

더러운 과거의 남자와 결혼해버린 여성연예인 TOP7 #이...
19K views • 6 days ago

결혼 전 끔찍한 관계로 유명해진 4쌍의 커플
344 views • 7 days ago

3.. 지울 수 없는 범죄 과거가
28K views • 9 days ago

왜 이런 일이
3.2K views • 10

빛을
정이 ...

안세영 알고보니 금수저 아빠 정체 잘못건드린 방수현 김...
1.3M views • 1 month ago

장윤정 경악... 미스터트롯2 박서진의 탈락 소식을 접한 절...
629K views • 1 year ago

최진실 엄마 결국 숨겨둔 노트 공개..내용 공개되자 최준희...
626K views • 1 year ago

장윤정 트로트천재 빈예서 할머니 보고 놀란 이유. 빈예서...
614K views • 9 months ago

빈예서 탈락
보니. 뒤늦게
520K views • 7

EXHIBIT 3

Search

Sign in

The Wayback Machine does not have this video archived.

### 김희영 엄마와 아빠 알고보니..여태껏 어찌 숨기고 살았나?

**SBKR TV**
83.2K subscribers

Subscribe

5.6K    Share    Save

359K views  6 days ago  #김희영 #최태원 #노소영
김희영 엄마와 아빠 알고보니..여태껏 어찌 숨기고 살았나?

#김희영  #최태원  #노소영  ...more

 " 엄마도 누군가의 딸이니까.. " 처음으로 외할머니 산소 같이 방문한 이효리 모녀 💧 그리고 할머니에게 전한 엄마의 선물?! | 엄마, 단둘이 여행 갈래? | JTBC 240707 방송 외
JTBC Voyage
179K views • 12 hours ago
New

 [#유퀴즈온더블럭] 대한민국만세에게 송일국이란? "음... 패스 🥺" 감동은 없고 재미만 있는 삼둥이 발언에 정신 못 차리는 아버지 송일국 😂
tvN D ENT
2.7M views • 3 days ago
New

 [#밥친구] 미스코리아에서 82kg의 복부 비만이 되었다? 26kg를 증량시킨 최악의 생활 습관을 고치고 다이어트에 성공할 수 있을까! | #줄여주는비서들 1회
채널A WORLD
423K views • 5 days ago
New

 [#유퀴즈온더블럭] 하나도 둘도 아닌 우린 셋이라네~ 😍 쌓인 게 세 배로 많아 할 말도 세 배인 삼둥이들의 우다다다 폭로전 💥 ㅋㅋ
tvN D ENT
1.3M views • 3 days ago
New

'1조3800억원 세기의 이혼' 최태원 vs 노소영 대법원으로!
헤리티지TV
5.5K views • 2 weeks ago

 [#톡쏘능] 딸 돈을 아들에게 준 엄마와 날려먹은 아들.. 👩 노현희와 엄마의 숨 막히는 동거, 🔥 | #금쪽상담소 138회
채널에이드: 채널A Drama & Enjoy
751K views • 8 days ago



Sign in


김대석 셰프TV
439K views · 5 days ago
New

9:18


[#살림남] 🔥 무조건 굶는 동생 vs 무조건 먹이겠다는 오빠 🔥 "내 방식대로 다이어트할 거야!" 😤 | KBS 240707 방송
KBS 한국방송
120K views · 12 hours ago
New

12:03


부자언니 여에스더의 '혼자 사는' 자택 최초공개 (타워팰리스)
A급 장영란
972K views · 9 days ago

21:00


시청률 미쳤다.. 잉여인간 취급받던 백수 아줌마가 알고보니 역대급 만능 천재라서 검사 인턴으로 들어와 역대급 난제를 풀어버린다?! 넷플1위 드라마 [낮과밤이다른그녀] 3-4
고몽
1M views · 11 days ago

20:54

암 전문의도 놀랐다" "암세포 굶겨 씨 말리는 암 예방 음식과 암이 무서워하는 식이요법" (이영석 원장 통합본)
건강의 신
481K views · 4 days ago
New

35:40


투명인간이 자신의 본능적 욕구를 채우기 위해 벌이는 일 [결말포함] 🔥 전세계 베스트셀러 1위 원작 🔥
나를로팝콘
971K views · 2 weeks ago

44:44

박세리 아버지 여자 알고보니.. 여태껏 어찌 숨기고 살았나?
SBKR TV
466K views · 3 weeks ago

10:03


영화계를 침묵시킨 오드리 햅번 남편의 정체
달빛부부
5.2M views · 2 years ago

18:09

"왜 남의집에서 주무시는거야?" 부모가 집에서 하룻밤 묵는것도 치가 떨리게 싫은 자식들 | 오디오북 | 라디오 | 사연 | 노년 | 노후 | 인생이야기 | 슬픈이야기
인생은 그저 소풍
302K views · 6 days ago
New

39:23

김희영 이본 망했습니다.. 노소영 니죽고 나죽자 난리났다.. 최태원 김희영 이대로 큰일났다.. 본점 010.8415.3099 유명한점집 용한점집 운플러스
운플러스
126K views · 3 weeks ago

10:32

최태원 김희영 혼외자 정체에 노소영이 놀란이유. 여태껏 어찌 숨기고 살았나?
SBKR TV
3.1K views · 1 day ago
New

9:49


토니 안 아버지의 잦은 이혼, 어머니만 네 명이라고?!!?? 아버지가 떠난 뒤에야 든 생각... | 오은영의 금쪽 상담소
빼멜리
232K views · 1 month ago

26:09


증여세 절대 내지 마세요! 이렇게 하면 온전히 증여할 수 있습니다| 세금지우개
맞동산 : 맞춤 부동산 정보
39K views · 9 days ago

29:30

🔥 평점96% 죽기 전에 꼭 봐야 하는 거장 《타란티노》의 희대의 걸작!!
다크무비 : Dark Movie
913K views · 9 days ago

23:50





Sign in

**2,193 Comments**    Sort by

Add a comment...

**@Cookieswirlc**  1 year ago

😺 It's time for Puppy Island!! What should I name the last puppy? 🐶🐶 😃 😃 😃 😃 😃 ❤️ ❤️ ❤️ ❤️ ❤️ ❤️

..

Read more

193      Reply

• 286 replies

**@Melon_The_Dog**  1 year ago

Me and my sister would watch you when we were younger,glad to see your still going!

78      Reply

_plies

**@HikariStellar**  1 year ago

Congratulations for 20M Subs For Cookie Swirl C!

14      Reply

**@Mossy_fox**  1 year ago

I just wanted to say, thank you for making my childhood. I used to watch you all the time when I was 7. I was living in an abusive home and went through a lot. I had to learn to grow up at a young age and watching you made me feel at least a little more safer in the home I was living in. Thank you for that. I'm 15 now and doing a lot better now. I hope you're doing well too, you've made so many kids feel like kids when at home, behind closed doors, they had to parent their own parents. You're awesome and I wish you the best of luck with everything! 🖤

19      Reply

2 replies

**@avasawesomegaming6101**  1 year ago (edited)

311th like! Here is a bunch of cookies 🍪 🍪 🍪 🍪 🍪! You should name the pug "Gup" Because it's backwards of Pug 😄. I think it's cute and funny ❤️. See u next vid!

15      Reply

3 replies

**@jenniferpursley1754**  1 year ago

Good job for hitting 20 million ❤️ ❤️ ❤️ ❤️

12      Reply

**@AliXDOfficial**  1 year ago

Hey cookie, I downloaded your new app and I was playing it right now😊!

5      Reply

2 replies

**@jamesdanley5406**  1 year ago

How about Potato the Pug?  Love you!

18      Reply

**@Sakura-zz8ye**  1 year ago

Cookie i love your vids they are amazing im sure everyone can understand i love ur vids ❤️ so im so excited when u post

6      Reply

**@Osker._.4**  1 year ago

Congrats on 20 million cookie! You've came so far!

18      Reply

EXHIBIT 4



Search



☰

🏠 Home
▷ Shorts
▣ Subscriptions

▷ You
🕐 History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**

🧭 Trending
🛍 Shopping
🎵 Music
🎬 Movies & TV
((•)) Live
🎮 Gaming
📰 News
🏆 Sports
🎓 Courses
👗 Fashion & Beauty
🎙 Podcasts
▷ Playables

**More from YouTube**

▶ YouTube Premium
▶ YouTube TV
◉ YouTube Music
▶ YouTube Kids

⚙ Settings
⚑ Report history
? Help
⚑ Send feedback

About Press Copyright

강산 TV
@gangsanTV · 232K subscribers · 475 videos
안녕하세요. 강산TV 입니다···**...more**

Subscribe                     Join

Community    🔍



소를 겁없이 찾아온 박현진··· 장윤정이 박···
nths ago

s

   

8:42    7:07    8:33    8:09

소를 겁없    이영애 남편의 충격적 실체···    46년만에 밝혀진 박세리 아버    46년만에 밝혀진 박세리 아빠    박세리 아버지
장윤정···    | 너는 날 속였어    지 추가 범죄들! 아버지 때문···    재산 탕진한 이유 알고보니?···    니.. 46년간 대

ago    1.6M views · 2 years ago    1.2M views · 3 months ago    1M views · 3 months ago    998K views · 3 m

    

10:50    11:26    9:19

행에 의식    정몽규 홍명보 진짜 X됐다··· 국    태국 총리 비밀리 입국한 이유    박서진 홍지윤 공식커플 인정    73세 임하룡 결
한국 외···    감에서 돌발행동까지 이게···    (속보) 태국 총리 비밀리에 한    귀들은 홍지윤의 충격적인 반가    황 끝내 하늘이

754 views · 3 hours ago    4.8K views · 1 day ago    2.4K views · 2 days ago    11K views · 3 day







Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**

Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

**More from YouTube**

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright

# 강산

@gangsanT

안녕하세요.

Subs

Community

## About

안녕하세요. 강산TV 입니다~!
재미있는 소식을 전달드려 여러분과 의미있는 대화 나누고 싶습니다.
방문 해주셔서 항상 감사합니다.
저희 채널이 마음에 드셨다면 구독과 좋아요 부탁드립니다~!^^

## Channel details

www.youtube.com/@gangsanTV

232K subscribers

475 videos

42,439,447 views

Joined Feb 25, 2022

South Korea

Share channel

소를 겁없이 찾아온 박현진... 장윤정이 박...

nths ago

**s**

소를 겁없 장윤정...
ago

이영애 남편의 충격적 실체.. | 너는 날 속였어
1.6M views • 2 years ago

46년만에 밝혀진 박세리 아버지 추가 범죄들! 아버지 때문...
1.2M views • 3 months ago

46년만에 밝혀진 박세리 아빠 재산 탕진한 이유 알고보니?...
1M views • 3 months ago

박세리 아버지 니.. 46년간 대
998K views • 3 m

행에 의식 한국 외...

정몽규 홍명보 진짜 X됐다.. 국감에서 돌발행동까지 이게 ...
754 views • 3 hours ago

(속보) 태국 총리 비밀리에 한국 입국했다! 까불더니 용서...
4.8K views • 1 day ago

박서진 홍지윤 살림남 공식연애 소식에 충격 폭로 떴다!
2.4K views • 2 days ago

73세 임하룡 결 황 끝내 하늘이
11K views • 3 da

YouTube

Sign in

- Home
- Shorts
- Subscriptions

- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Trending
- Shopping
- Music
- Movies & TV
- Live
- Gaming
- News
- Sports
- Courses
- Fashion & Beauty
- Podcasts
- Playables

More from YouTube

- YouTube Premium
- YouTube TV
- YouTube Music
- YouTube Kids

- Settings
- Report history
- Help
- Send feedback

About Press Copyright
Contact us Creators

강산

@gangsanT

안녕하세요.

Community

## About

안녕하세요. 강산TV 입니다~!
재미있는 소식을 전달드려 여러분과 의미있는 대화 나누고 싶습니다.
방문 해주셔서 항상 감사합니다.
저희 채널이 마음에 드셨다면 구독과 좋아요 부탁드립니다~!^^

## Channel details

www.youtube.com/@gangsanTV

232K subscribers

475 videos

42,439,447 views

Joined Feb 25, 2022

South Korea

EXHIBIT 5



### 김희영 엄마와 아빠 알고보니.. 대체 어찌 숨기고 살았나? 최태원 노소영 경악!


강산 TV
206K subscribers

Subscribe

6.8K    Share

651K views  6 days ago  #최태원이혼 #최태원노소영 #박세리사주
#현철 #현철노래모음
#최태원 #최태원이혼 #최태원김희영
#김희영사주 #김희영 #노소영 #최태원노소영 ...more


[#유퀴즈온더블럭] 대한민국만세에게 송일국이란? "음... 패쓰 😳" 감동은 없고 재미만 있는 삼둥이 발언에 정신 못 차리는 아버지 송일국😂
tvN D ENT
2.6M views · 2 days ago
New


"위로가 된 사람과 아이가.." "일부일처 무시" 파국의 시작 [뉴스.zip/MBC뉴스]
MBCNEWS
2.7M views · 1 month ago

비만전문의가 추천하는 당뇨를 이겨버릴 최고의 식사법 (박용우 박사 2부)
지식해방
573K views · 3 weeks ago

아내의 불륜을 목격하자, 에미넴이 "20년"에 걸쳐 벌인 기발한 복수

달빛부부
1.3M views · 8 days ago

40대~70대 말년에 대박나는 사주의 특징 I 말년복 I "고생 끝! 행복 시작입니다" 말년에 초대박 나는 나이와 띠를 공개합니다 I 곧 큰 운이 다가옵니다! #말년운 #노년운
인생벌전

The Wayback Machine does not have this video archived.

DE



쓴는 DdeunDdeun
1M views · 23 hours ago
New



암 전문의도 놀랐다! "암세포 씨가 말라요 암 예방1위 음식 암이 무서워하는 '0'
건강의 신
304K views · 3 days ago
New



[놀면 뭐하니?] 원조 옥
놀면 뭐하니?
963K views · 16 hours a
New



부자언니 여에스더의 0
A급 장영란
952K views · 8 days ago



[8회 선공개] 백서후의
JTBC Drama
51K views · 3 hours ago
New



시청률 미쳤다.. 잉여인
버린다! 넷플1위 드라
고품
996K views · 10 days ago



드디어 드림하우스로 이사하는 날 ❗ 3도4촌 시작합니다 🏠 (이효리 오징엇국)
푸드테퀸, 이영자
1.4M views · 6 days ago
New



한강뷰 2억대 전세집 I "보자마자 계약한다고 했어요" I 여의도 아파트 전세
유부남
18K views · 2 hours ago
New



클로이 희영 킴은 누구인가?
정법전TV
627K views · 4 weeks ago



직원의 상간녀를 유혹하고 수백명의 공장 노동자들과 동침한 페라리의 난잡한 결혼생활
챗트폭행
140K views · 8 days ago



'노소영' 사주 속 놀라운 비밀 #신점 #공수
하늘소리당
337K views · 4 weeks ago

유창한 언어 천재 안현모 🎤 글로벌 행사 통역 다 찢은 실력부터 최근 근황 토크까지 ✨ I MBC 240703 방송
라디오스타
140K views · 3 days ago
New

푸바오 가 강바오 할부지를 만난다면 어떤 반응을 보일까? 🐼🎋
루이&후이
839K views · 2 days ago
New

---

A Google company                                            Sign in

If you choose to "Accept all," we will also use cookies and data to

   Develop and improve new services

   Deliver and measure the effectiveness of ads

   Show personalized content, depending on your settings

   Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   ·   Terms of Service

DE





SK이와 동거인은 어떤 사이?
최태원·김희영                    12:32

777K views · 6 months a



떡값부터 납달았던 '이
웃긴 테레비
1조 편...                            24:31
1.1M views · 7 days ago

Trump's Second Term
LastWeekTonight                 29:15
6.7M views · 2 weeks ago

Ukraine War Update N
ATP Geopolitics                    36:23
26K views · 3 weeks ago



Trump Wins 2024 -- C
Kerry Lutz's Financial Sur     32:23
19K views · 12 days ago



How the World Really
BIG PICTURE with James     1:30:36
355K views · 11 months

Trump Wins 2024 Chaos to Follow Martin Armstrong - actions to prevent Trump winning 21 jun 2024
Valero Unfiltered: Raw Truths & Real Stories
77 views · 13 days ago                                                                    31:50



Trump Wins 2024 Chaos to Follow Martin Armstrong 24 jun 2024
Valero Unfiltered: Raw Truths & Real Stories
96 views · 6 days ago                                                                     32:24
New

Prepare for War, Higher Energy Prices & Significant Civil Unrest Martin Armstrong SUBSCRIBE LIKE
Valero Unfiltered: Raw Truths & Real Stories
179 views · 5 days ago
New

The Gold Standard Has Never Worked says Economist Martin Armstrong
Valero Unfiltered: Raw Truths & Real Stories
41 views · 2 weeks ago

Martin Armstrong @armstrongeconomics :   Political and Geo Chaos 11 dic 2015 ...watch predictions
Valero Unfiltered: Raw Truths & Real Stories
70 views · 3 days ago
New

Martin Armstrong Interview Election Predictions Trump Biden Corruption Econom Civil Unrest Socrates
Valero Unfiltered: Raw Truths & Real Stories
106 views · 2 days ago
New

Martin Armstrong :   relying on complex mathematical and historical models rather than economic theory.
Valero Unfiltered: Raw Truths & Real Stories
64 views · 2 weeks ago

---

Sign in

A Google company

If you choose to "Accept all," we will also use cookies and data to

- Develop and improve new services
- Deliver and measure the effectiveness of ads
- Show personalized content, depending on your settings
- Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy  ·  Terms of Service

DE

A Google company

Sign in

If you choose "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

If you choose "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy  •  Terms of Service

---

**Martin Armstrong:  D**

Valero Unfiltered: Raw Tru
39 views  •  2 weeks ago

**Martin Armstrong Bo**

Valero Unfiltered: Raw Tru
37 views  •  2 weeks ago

**Martin Armstrong:  F**

Valero Unfiltered: Raw Tru
68 views  •  4 days ago
New

**Edmonton Elks vs BC**

Waders27
7.9K views  •  8 days ago

**The Falklands Play**

YouTube Movies & TV
Drama • 2002
Free with ads   TV-PG

**Reform Manifesto Break down**

Younes Sadaghiani
1.3K views  •  3 days ago
New

**Who Killed the West and What Comes Next? | Martin Armstrong | 4 Corners Podcast**

Pareto Economics
24K views  •  3 years ago

**Martin Armstrong:    " They are going to eliminate cash "**

Valero Unfiltered: Raw Truths & Real Stories
30 views  •  2 weeks ago

**Trump's Second Term: Last Week Tonight with John Oliver (HBO)**

LastWeekTonight
6.7M views  •  2 weeks ago

**Ukraine War Update NEWS (20240614a): Pt 1 - Overnight & Other News**

ATP Geopolitics
26K views  •  3 weeks ago

**Trump Wins 2024 -- Chaos to Follow - Martin Armstrong #6090**

Kerry Lutz's Financial Survival Network
19K views  •  12 days ago

**How the World Really Works | Martin Armstrong**

BIG PICTURE with James Patrick
355K views  •  11 months ago

DE

A Google company

Sign in

If you choose to "Accept all," we will also use cookies and data to

  Develop and improve new services

  Deliver and measure the effectiveness of ads

  Show personalized content, depending on your settings

  Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy  •  Terms of Service

Trump Wins 2024 Cha...
Valero Unfiltered: Raw Tru...
96 views • 6 days ago
New

Prepare for War, High...
Valero Unfiltered: Raw Tru...
179 views • 5 days ago
New

The Gold Standard Ha...
Valero Unfiltered: Raw Tru...
41 views • 2 weeks ago

Martin Armstrong @a...
Valero Unfiltered: Raw Tru...
70 views • 3 days ago
New

Martin Armstrong Int...
Valero Unfiltered: Raw Tru...
106 views • 2 days ago
New

Martin Armstrong:   relying on complex mathematical and historical models rather than economic theory.
Valero Unfiltered: Raw Truths & Real Stories
64 views • 2 weeks ago

Martin Armstrong:   future interest rate trends, government debt, geopolitics considerations on China
Valero Unfiltered: Raw Truths & Real Stories
60 views • 2 weeks ago

Martin Armstrong:   Dow 35,000 By 2021?  use this information for your decision taking!! history lessons
Valero Unfiltered: Raw Truths & Real Stories
39 views • 2 weeks ago

Martin Armstrong Bond Market Collapse history and predictions from the past!
Valero Unfiltered: Raw Truths & Real Stories
37 views • 2 weeks ago

Martin Armstrong:   Prospering During a Period of Profound Change...predictions from 2017 - share!
Valero Unfiltered: Raw Truths & Real Stories
68 views • 4 days ago
New

Edmonton Elks vs BC Lions Week 4 Full Game 2024
Waders27
7.9K views • 8 days ago

The Falklands Play
YouTube Movies & TV
Drama • 2002
Free with ads   TV-PG

DE

New

Who Killed the West a...
Pareto Economics
24K views · 3 years ago

Martin Armstrong :
Valero Unfiltered: Raw Tr...
30 views · 2 weeks ago

Trump's Second Term...
LastWeekTonight
6.7M views · 2 weeks ago

Ukraine War Update N...
ATP Geopolitics
26K views · 3 weeks ago

Trump Wins 2024 -- C...
Kerry Lutz's Financial Sur...
19K views · 12 days ago

**A Google company**                                                    Sign in

If you choose "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings

If you choose "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   ·   Terms of Service

How the World Really Works | Martin Armstrong
BIG PICTURE with James Patrick
355K views · 11 months ago

Trump Wins 2024 Chaos to Follow Martin Armstrong - actions to prevent Trump winning 21 jun 2024
Valero Unfiltered: Raw Truths & Real Stories
77 views · 13 days ago

Trump Wins 2024 Chaos to Follow Martin Armstrong 24 jun 2024
Valero Unfiltered: Raw Truths & Real Stories
96 views · 6 days ago
New

Prepare for War, Higher Energy Prices & Significant Civil Unrest Martin Armstrong SUBSCRIBE LIKE
Valero Unfiltered: Raw Truths & Real Stories
179 views · 5 days ago
New

The Gold Standard Has Never Worked says Economist Martin Armstrong
Valero Unfiltered: Raw Truths & Real Stories
41 views · 2 weeks ago

Martin Armstrong @armstrongeconomics :   Political and Geo Chaos 11 dic 2015 ...watch predictions
Valero Unfiltered: Raw Truths & Real Stories
70 views · 3 days ago
New

Martin Armstrong Interview Election Predictions Trump Biden Corruption Econom Civil Unrest Socrates
Valero Unfiltered: Raw Truths & Real Stories
106 views · 2 days ago
New

DE

A Google company

Sign in

If you choose "Accept all," we will also use cookies and data to

- Develop and improve new services
- Deliver and measure the effectiveness of ads
- Show personalized content, depending on your settings
- Show personalized ads, depending on your settings

If you choose "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy  •  Terms of Service

Martin Armstrong:  f
Valero Unfiltered: Raw Tr
60 views • 2 weeks ago

Martin Armstrong:  D
Valero Unfiltered: Raw Tr
39 views • 2 weeks ago

Martin Armstrong Bo
Valero Unfiltered: Raw Tr
37 views • 2 weeks ago

Martin Armstrong:  F
Valero Unfiltered: Raw Tr
68 views • 4 days ago
New

Edmonton Elks vs BC
Waders27
7.9K views • 8 days ago

The Falklands Play
YouTube Movies & TV
Drama • 2002
Free with ads   TV-PG

Reform Manifesto Break down
Younes Sadaghiani
1.3K views • 3 days ago
New

Who Killed the West and What Comes Next? | Martin Armstrong | 4 Corners Podcast
Pareto Economics
24K views • 3 years ago

Martin Armstrong:     " They are going to eliminate cash "
Valero Unfiltered: Raw Truths & Real Stories
30 views • 2 weeks ago

Trump's Second Term: Last Week Tonight with John Oliver (HBO)
LastWeekTonight
6.7M views • 2 weeks ago

Ukraine War Update NEWS (20240614a): Pt 1 - Overnight & Other News
ATP Geopolitics
26K views • 3 weeks ago

Trump Wins 2024 -- Chaos to Follow - Martin Armstrong #6090
Kerry Lutz's Financial Survival Network
19K views • 12 days ago

DE

Sign in

A Google company

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy  ·  Terms of Service

Trump Wins 2024 Cha
Valero Unfiltered: Raw Tru
77 views · 13 days ago

Trump Wins 2024 Cha
Valero Unfiltered: Raw Tru
96 views · 6 days ago
New

Prepare for War, High
Valero Unfiltered: Raw Tru
179 views · 5 days ago
New

The Gold Standard Ha
Valero Unfiltered: Raw Tru
41 views · 2 weeks ago

Martin Armstrong @a
Valero Unfiltered: Raw Tru
70 views · 3 days ago
New

Martin Armstrong Interview Election Predictions Trump Biden Corruption Econom Civil Unrest Socrates
Valero Unfiltered: Raw Truths & Real Stories
106 views · 2 days ago
New

Martin Armstrong:   relying on complex mathematical and historical models rather than economic theory.
Valero Unfiltered: Raw Truths & Real Stories
64 views · 2 weeks ago

Martin Armstrong:   future interest rate trends, government debt, geopolitics considerations on China
Valero Unfiltered: Raw Truths & Real Stories
60 views · 2 weeks ago

Martin Armstrong:  Dow 35,000 By 2021?  use this information for your decision taking!! history lessons
Valero Unfiltered: Raw Truths & Real Stories
39 views · 2 weeks ago

Martin Armstrong Bond Market Collapse history and predictions from the past!
Valero Unfiltered: Raw Truths & Real Stories
37 views · 2 weeks ago

Martin Armstrong:   Prospering During a Period of Profound Change...predictions from 2017 - share!
Valero Unfiltered: Raw Truths & Real Stories
68 views · 4 days ago
New

Edmonton Elks vs BC Lions Week 4 Full Game 2024
Waders27
7.9K views · 8 days ago

DE

Free with ads   TV-PG

**A Google company**

Sign in

If you choose to "Accept all," we will also use cookies and data to

- Develop and improve new services
- Deliver and measure the effectiveness of ads
- Show personalized content, depending on your settings
- Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   •   Terms of Service

**Reform Manifesto Bre**
Younes Sadaghiani
1.3K views • 3 days ago
New

**Who Killed the West a**
Pareto Economics
24K views • 3 years ago

**Martin Armstrong:**
Valero Unfiltered: Raw Tru
30 views • 2 weeks ago

**Trump's Second Term**
LastWeekTonight
6.7M views • 2 weeks ago

**Ukraine War Update N**
ATP Geopolitics
26K views • 3 weeks ago

**Trump Wins 2024 -- Chaos to Follow - Martin Armstrong #6090**
Kerry Lutz's Financial Survival Network
19K views • 12 days ago

**How the World Really Works | Martin Armstrong**
BIG PICTURE with James Patrick
355K views • 11 months ago

**Trump Wins 2024 Chaos to Follow Martin Armstrong - actions to prevent Trump winning 21 jun 2024**
Valero Unfiltered: Raw Truths & Real Stories
77 views • 13 days ago

**Trump Wins 2024 Chaos to Follow Martin Armstrong 24 jun 2024**
Valero Unfiltered: Raw Truths & Real Stories
96 views • 6 days ago
New

**Prepare for War, Higher Energy Prices & Significant Civil Unrest Martin Armstrong SUBSCRIBE LIKE**
Valero Unfiltered: Raw Truths & Real Stories
179 views • 5 days ago
New

**The Gold Standard Has Never Worked says Economist Martin Armstrong**
Valero Unfiltered: Raw Truths & Real Stories
41 views • 2 weeks ago

**Martin Armstrong @armstrongeconomics:   Political and Geo Chaos 11 dic 2015 ...watch predictions**
Valero Unfiltered: Raw Truths & Real Stories
70 views • 3 days ago
New

DE

New

Martin Armstrong:

Valero Unfiltered: Raw Tru
64 views · 2 weeks ago

Martin Armstrong:

Valero Unfiltered: Raw Tru
60 views · 2 weeks ago

Martin Armstrong: D

Valero Unfiltered: Raw Tru
39 views · 2 weeks ago

Martin Armstrong Bo

Valero Unfiltered: Raw Tru
37 views · 2 weeks ago

Martin Armstrong:

Valero Unfiltered: Raw Tru
68 views · 4 days ago

New

Edmonton Elks vs BC Lions Week 4 Full Game 2024

Waders27
7.9K views · 8 days ago

The Falklands Play

YouTube Movies & TV
Drama · 2002

Free with ads    TV-PG

Reform Manifesto Break down

Younes Sadaghiani
1.3K views · 3 days ago

New

Who Killed the West and What Comes Next? | Martin Armstrong | 4 Corners Podcast

Pareto Economics
24K views · 3 years ago

Martin Armstrong:    " They are going to eliminate cash "

Valero Unfiltered: Raw Truths & Real Stories
30 views · 2 weeks ago

Trump's Second Term: Last Week Tonight with John Oliver (HBO)

LastWeekTonight
6.7M views · 2 weeks ago

Ukraine War Update NEWS (20240614a): Pt 1 - Overnight & Other News

ATP Geopolitics
26K views · 3 weeks ago

---

A Google company                                                    Sign in

If you choose to "Accept all," we will also use cookies and data to

   Develop and improve new services

   Deliver and measure the effectiveness of ads

   Show personalized content, depending on your settings

   Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy  ·  Terms of Service

DE

A Google company

Sign in

If you choose to "Accept all," we will also use cookies and data to

- Develop and improve new services
- Deliver and measure the effectiveness of ads
- Show personalized content, depending on your settings
- Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   •   Terms of Service

**How the World Really**

BIG PICTURE with James
355K views  •  11 months

**Trump Wins 2024 Cha**

Valero Unfiltered: Raw Tru
77 views  •  13 days ago

**Trump Wins 2024 Cha**

Valero Unfiltered: Raw Tru
96 views  •  6 days ago
New

**Prepare for War, High**

Valero Unfiltered: Raw Tru
179 views  •  5 days ago
New

**The Gold Standard Ha**

Valero Unfiltered: Raw Tru
41 views  •  2 weeks ago

**Martin Armstrong @armstrongeconomics :   Political and Geo Chaos 11 dic 2015 ...watch predictions**

Valero Unfiltered: Raw Truths & Real Stories
70 views  •  3 days ago
New

**Martin Armstrong Interview Election Predictions Trump Biden Corruption Econom Civil Unrest Socrates**

Valero Unfiltered: Raw Truths & Real Stories
106 views  •  2 days ago
New

**Martin Armstrong :   relying on complex mathematical and historical models rather than economic theory.**

Valero Unfiltered: Raw Truths & Real Stories
64 views  •  2 weeks ago

**Martin Armstrong :   future interest rate trends, government debt, geopolitics considerations on China**

Valero Unfiltered: Raw Truths & Real Stories
60 views  •  2 weeks ago

**Martin Armstrong :  Dow 35,000 By 2021？ use this information for your decision taking!! history lessons**

Valero Unfiltered: Raw Truths & Real Stories
39 views  •  2 weeks ago

**Martin Armstrong Bond Market Collapse history and predictions from the past!**

Valero Unfiltered: Raw Truths & Real Stories
37 views  •  2 weeks ago

**Martin Armstrong :   Prospering During a Period of Profound Change...predictions from 2017 - share!**

Valero Unfiltered: Raw Truths & Real Stories
68 views  •  4 days ago
New

DE

**The Falklands Play**
YouTube Movies & TV
Drama · 2002
Free with ads    TV-PG

**Reform Manifesto Bre**
Younes Sadaghiani
1.3K views · 3 days ago
New

**Who Killed the West a**
Pareto Economics
24K views · 3 years ago

**Martin Armstrong :**
Valero Unfiltered: Raw Tru
30 views · 2 weeks ago

**Trump's Second Term**
LastWeekTonight
6.7M views · 2 weeks ago

A Google company                                    Sign in

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   ·   Terms of Service

**Ukraine War Update NEWS (20240614a): Pt 1 - Overnight & Other News**
ATP Geopolitics
26K views · 3 weeks ago

**Trump Wins 2024 -- Chaos to Follow - Martin Armstrong #6090**
Kerry Lutz's Financial Survival Network
19K views · 12 days ago

**How the World Really Works | Martin Armstrong**
BIG PICTURE with James Patrick
355K views · 11 months ago

**Trump Wins 2024 Chaos to Follow Martin Armstrong - actions to prevent Trump winning 21 jun 2024**
Valero Unfiltered: Raw Truths & Real Stories
77 views · 13 days ago

**Trump Wins 2024 Chaos to Follow Martin Armstrong 24 jun 2024**
Valero Unfiltered: Raw Truths & Real Stories
96 views · 6 days ago
New

**Prepare for War, Higher Energy Prices & Significant Civil Unrest Martin Armstrong SUBSCRIBE LIKE**
Valero Unfiltered: Raw Truths & Real Stories
179 views · 5 days ago
New

**The Gold Standard Has Never Worked says Economist Martin Armstrong**
Valero Unfiltered: Raw Truths & Real Stories
41 views · 2 weeks ago

DE

New

Martin Armstrong Int
Valero Unfiltered: Raw Tru
106 views • 2 days ago
New

Martin Armstrong:    r
Valero Unfiltered: Raw Tru
64 views • 2 weeks ago

Martin Armstrong:    f
Valero Unfiltered: Raw Tru
60 views • 2 weeks ago

Martin Armstrong:    D
Valero Unfiltered: Raw Tru
39 views • 2 weeks ago

Martin Armstrong Bo
Valero Unfiltered: Raw Tru
37 views • 2 weeks ago

A Google company                                                    Sign in

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy    •    Terms of Service

Martin Armstrong:    Prospering During a Period of Profound Change...predictions from 2017 - share!
Valero Unfiltered: Raw Truths & Real Stories
68 views • 4 days ago
New

Edmonton Elks vs BC Lions Week 4 Full Game 2024
Waders27
7.9K views • 8 days ago

The Falklands Play
YouTube Movies & TV
Drama • 2002
Free with ads    TV-PG

Reform Manifesto Break down
Younes Sadaghiani
1.3K views • 3 days ago
New

Who Killed the West and What Comes Next? | Martin Armstrong | 4 Corners Podcast
Pareto Economics
24K views • 3 years ago

Martin Armstrong:    " They are going to eliminate cash "
Valero Unfiltered: Raw Truths & Real Stories
30 views • 2 weeks ago

Trump's Second Term: Last Week Tonight with John Oliver (HBO)
LastWeekTonight
6.7M views • 2 weeks ago

DE

A Google company

Sign in

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   ·   Terms of Service

---

Trump Wins 2024 -- C...

Kerry Lutz's Financial Sur...
19K views · 12 days ago

How the World Really...

BIG PICTURE with James...
355K views · 11 months...

Trump Wins 2024 Cha...

Valero Unfiltered: Raw Tru...
77 views · 13 days ago

Trump Wins 2024 Cha...

Valero Unfiltered: Raw Tru...
96 views · 6 days ago
New

Prepare for War, High...

Valero Unfiltered: Raw Tru...
179 views · 5 days ago
New

The Gold Standard Has Never Worked says Economist Martin Armstrong

Valero Unfiltered: Raw Truths & Real Stories
41 views · 2 weeks ago

Martin Armstrong @armstrongeconomics：  Political and Geo Chaos 11 dic 2015 ...watch predictions

Valero Unfiltered: Raw Truths & Real Stories
70 views · 3 days ago
New

Martin Armstrong Interview Election Predictions Trump Biden Corruption Econom Civil Unrest Socrates

Valero Unfiltered: Raw Truths & Real Stories
106 views · 2 days ago
New

Martin Armstrong：  relying on complex mathematical and historical models rather than economic theory.

Valero Unfiltered: Raw Truths & Real Stories
64 views · 2 weeks ago

Martin Armstrong：  future interest rate trends, government debt, geopolitics considerations on China

Valero Unfiltered: Raw Truths & Real Stories
60 views · 2 weeks ago

Martin Armstrong：  Dow 35,000 By 2021?  use this information for your decision taking!! history lessons

Valero Unfiltered: Raw Truths & Real Stories
39 views · 2 weeks ago

Martin Armstrong Bond Market Collapse history and predictions from the past!

Valero Unfiltered: Raw Truths & Real Stories
37 views · 2 weeks ago

DE

New

Edmonton Elks vs BC
Waders27
7.9K views • 8 days ago

The Falklands Play
YouTube Movies & TV
Drama • 2002
Free with ads    TV-PG

Reform Manifesto Bre
Younes Sadaghiani
1.3K views • 3 days ago
New

Who Killed the West a
Pareto Economics
24K views • 3 years ago

Martin Armstrong:
Valero Unfiltered: Raw Tr
30 views • 2 weeks ago

**A Google company**                                               Sign in

If you choose to "Accept all," we will also use cookies and data to

> Develop and improve new services
>
> Deliver and measure the effectiveness of ads
>
> Show personalized content, depending on your settings
>
> Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   •   Terms of Service

Trump's Second Term: Last Week Tonight with John Oliver (HBO)
LastWeekTonight
6.7M views • 2 weeks ago

Ukraine War Update NEWS (20240614a): Pt 1 - Overnight & Other News
ATP Geopolitics
26K views • 3 weeks ago

Trump Wins 2024 -- Chaos to Follow - Martin Armstrong #6090
Kerry Lutz's Financial Survival Network
19K views • 12 days ago

How the World Really Works | Martin Armstrong
BIG PICTURE with James Patrick
355K views • 11 months ago

Trump Wins 2024 Chaos to Follow Martin Armstrong - actions to prevent Trump winning 21 jun 2024
Valero Unfiltered: Raw Truths & Real Stories
77 views • 13 days ago

Trump Wins 2024 Chaos to Follow Martin Armstrong 24 jun 2024
Valero Unfiltered: Raw Truths & Real Stories
96 views • 6 days ago
New

Prepare for War, Higher Energy Prices & Significant Civil Unrest Martin Armstrong SUBSCRIBE LIKE
Valero Unfiltered: Raw Truths & Real Stories
179 views • 5 days ago
New

DE

Sign in

A Google company

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently viewing and your location (ad serving is based on general location). Personalized content and ads can also include things like video recommendations, a customized YouTube homepage, and tailored ads based on past activity, like the videos you watch and the things you search for on YouTube. We also use cookies and data to tailor the experience to be age-appropriate, if relevant.

Select "More options" to see additional information, including details about managing your privacy settings. You can also visit g.co/privacytools at any time.

More options

Privacy Policy   ·   Terms of Service

Martin Armstrong @a
Valero Unfiltered: Raw Tru
70 views · 3 days ago
New

Martin Armstrong Inte
Valero Unfiltered: Raw Tru
106 views · 2 days ago
New

Martin Armstrong:   r
Valero Unfiltered: Raw Tru
64 views · 2 weeks ago

Martin Armstrong:   f
Valero Unfiltered: Raw Tru
60 views · 2 weeks ago

Martin Armstrong:   D
Valero Unfiltered: Raw Tru
39 views · 2 weeks ago

**Martin Armstrong Bond Market Collapse history and predictions from the past!**
Valero Unfiltered: Raw Truths & Real Stories
37 views · 2 weeks ago

**Martin Armstrong:   Prospering During a Period of Profound Change...predictions from 2017 - share!**
Valero Unfiltered: Raw Truths & Real Stories
68 views · 4 days ago
New

**Edmonton Elks vs BC Lions Week 4 Full Game 2024**
Waders27
7.9K views · 8 days ago

**The Falklands Play**
YouTube Movies & TV
Drama · 2002
Free with ads   TV-PG

**Reform Manifesto Break down**
Younes Sadaghiani
1.3K views · 3 days ago
New

**Who Killed the West and What Comes Next? | Martin Armstrong | 4 Corners Podcast**
Pareto Economics
24K views · 3 years ago

**Martin Armstrong:    " They are going to eliminate cash "**
Valero Unfiltered: Raw Truths & Real Stories
30 views · 2 weeks ago

EXHIBIT 6



≡



Search    🔍    🎤    ⋮    👤 Sign in

🏠 Home

Shorts

Subscriptions

You

History

Sign in to like videos,
comment, and subscribe.

👤 Sign in

**Explore**

Trending

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Courses

Fashion & Beauty

Podcasts

Playables

**More from YouTube**

YouTube Premium

YouTube TV







# 고양이여왕뉴스 TV ✓

@catnewskr · 117K subscribers · 380 videos

우리는 항상 유명한 사람들에 대한 가장 빠른 뉴스를 업데이트합니다. ...more

**Subscribe**

...lists    Community    🔍



This channel doesn't have any content



☰ 

🔍 🎤 ⋮ 👤 Sign in

🏠 Home

⧉ Shorts

▣ Subscriptions

▣ You

🕐 History

Sign in to like videos,
comment, and subscribe.

👤 Sign in

**Explore**

🔥 Trending

🛍 Shopping

♪ Music

🎬 Movies & TV

(•) Live

⬡ Gaming

▤ News

🏆 Sports

💡 Courses

👗 Fashion & Beauty

📡 Podcasts

⋮⋮⋮ Playables

**More from YouTube**

▶ YouTube Premium

▶ YouTube TV





# 고양이여왕뉴스 TV ✔

@catnewskr · 117K subscribers · 380 videos

우리는 항상 유명한 사람들에 대한 가장 빠른 뉴스를 업데이트합니다.

...lists    Community    🔍





Search

Sign in

Home

Shorts

Subscriptions

You

History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**

Trending

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Courses

Fashion & Beauty

Podcasts

Playables

**More from YouTube**

YouTube Premium

YouTube TV

고양

@catnewsk

우리는 항상

lists Community

## About

우리는 항상 유명한 사람들에 대한 가장 빠른 뉴스를 업데이
니다.
© Copyright 고양이뉴스 TV ☞ Do not Reup
© Copyright all rights reserved

## Channel details

www.youtube.com/@catnewskr

117K subscribers

380 videos

14,388,949 views

Joined Mar 17, 2006

South Korea

Share channel

This channel doesn't have any content

YouTube

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV

고잉

@catnewsk

우리는 항상

lists Community

## About

우리는 항상 유명한 사람들에 대한 가장 빠른 뉴스를 업데이
니다.
© Copyright 고양이뉴스 TV ☞ Do not Reup
© Copyright all rights reserved

## Channel details

www.youtube.com/@catnewskr

117K subscribers

380 videos

14,388,949 views

Joined Mar 17, 2006

South Korea

EXHIBIT 7









Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright

# 고추밭

@gochubat2024 • 216K subscribers • 236 videos

More about this channel ...more

Subscribe

Join

Shorts Playlists Community

ㅎ력남들의 인생

:hs ago

## y videos

Play all

nembers of this channel. Automatically updated.

| | | | |
|---|---|---|---|
| 컥은 여배 | 미녀 여캠 죽음의 소름돋는 의문점들 | 여고생 강제로 한 배우, 연기학원 대표 정체 | 박나래 감방 보내야 하는 이유 |
| | 2 months ago | 2 months ago | 3 months ago |
| | Members only | Members only | Members only |

## s

| | | | | |
|---|---|---|---|---|
| 하고 키운 고 미투... | 노소영이 최태원에 원하는걸 얻게 된 비결 | 박한별이 펑펑쓰는 더러운 돈의 출처, 남편만 풀려난 이유 | 회장님들과 즐긴 여배우들의 특징 | 본능에 충실한 한 밤들 |
| ıgo | 974K views • 3 months ago | 768K views • 3 months ago | 580K views • 6 months ago | 563K views • 6 m |

Play all

YouTube

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright

# 고추밭

@gochubat2024 • 216K subscribers • 236 videos

More about this channel

Shorts Playlists Community

흥민 이실 ...

청순글래머와 재혼한 금수저 김진표 근황
680K views

20살 어린 슈퍼글래머와 결혼한 변우민
474K views

재벌가에 시집간 글래머 이혜승 아나운서
1.7M views

애딸린 돌싱 만 전 아내
179K views

Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright

고추|

@gochubat202

More about this

Subscri

Shorts Playlists Comm

## About

## Channel details

www.youtube.com/@gochubat2024

216K subscribers

236 videos

43,137,087 views

Joined Jun 27, 2022

South Korea

Share channel

능력남들의 인생
:hs ago

y videos ▶ Play all
nembers of this channel. Automatically updated.

|  |  |  |  |
|---|---|---|---|
| 낚은 여배 | 미녀 여캠 죽음의 소름돋는 의문점들<br>2 months ago<br>Members only | 여고생 강제로 한 배우, 연기학원 대표 정체<br>2 months ago<br>Members only | 박나래 감방 보내야 하는 이유<br>3 months ago<br>Members only |

s

|  |  |  |  |  |
|---|---|---|---|---|
| 하고 키운 고 미투...<br>ago | 노소영이 최태원에 원하는걸 얻게 된 비결<br>974K views • 3 months ago | 박한별이 펑펑쓰는 더러운 돈의 출처, 남편만 풀려난 이유<br>768K views • 3 months ago | 회장님들과 즐긴 여배우들의 특징<br>580K views • 6 months ago | 본능에 충실한 한 밤들<br>563K views • 6 m |

Play all

YouTube

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright

Sign in

고추

@gochubat202

More about this

Shorts Playlists Comm

## About

### Channel details

www.youtube.com/@gochubat2024

216K subscribers

236 videos

43,137,087 views

Joined Jun 27, 2022

South Korea

흥민 이 실 ...

청순글래머와 재혼한 금수저 김진표 근황
680K views

20살 어린 슈퍼글래머와 결혼한 변우민
474K views

재벌가에 시집간 글래머 이혜승 아나운서
1.7M views

애딸린 돌싱 만 전 아내
179K views

EXHIBIT 8



최태원 내연녀가 이 영상을 없애려는 이유 레알 팩트라서 ㅋㅋ (곧 지워짐)

고추밭
196K subscribers

Join    Subscribe

1.7K    Share

54K views  2 days ago
...more

tagesthemen 22:20 Uhr, 17.07.2024
tagesschau
4.5K views · 1 hour ago
New

채시라가 신성우 이름만 들어도 가위 눌리는 이유
고추밭
32K views · 21 hours ago
New

DEUTSCHLAND: KOPFTUCH-VERBOT für Kinder? - Terre des Femmes fordert Verbot in Schulen
WELT Nachrichtensender
12K views · 6 hours ago
New

[7/18 목 LIVE] 北 고위급 외교관 리얼규 탈북...'태영호 보며 동경, 우린 넥타이 맨 꽃제비' 같은 엘리트 탈북민 김금혁의 생각은 [이동재의 뉴스캐비닛]
매일신문
519 watching
LIVE

직원의 상간녀를 유혹하고 수백명의 공장 노동자들과 동침한 페라리의 난잡한 결혼생활
책트폭행
259K views · 2 weeks ago

DE



11:00

스테로이드 절대 쓰지…
유성호의 데멘톡(Deadman
436K views · 9 days ago



16:26

진짜 존x 재밌다고 입소…
무비타이저(Movie Appeti
197K views · 1 month ago

30:47

주변에서 폭력한 연기…
고주빛
105K views · 3 days ago
New

9:09

한국에 정착하려는 재…
책트포행
74K views · 2 months ago



8:43

"Stehen unter dem Sc…
ntv Nachrichten
23K views · 12 hours ago
New



8:02

### A Google company                                    Sign in

## Before you continue to YouTube

We use cookies and data to

  Deliver and maintain Google services

  Track outages and protect against spam, fraud, and abuse

  Measure audience engagement and site statistics to understand how our services are
  used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

  Develop and improve new services

  Deliver and measure the effectiveness of ads

  Show personalized content, depending on your settings

  Show personalized ads, depending on your settings

If you choose to "Reject all," we will not use cookies for these additional purposes.

Non-personalized content and ads are influenced by things like the content you're currently
viewing and your location (ad serving is based on general location). Personalized content and
ads can also include things like video recommendations, a customized YouTube homepage,

3대째 찐재벌은 어떤 집에서 살까? (집들이,최고가 제품은?)
A급 장영란
648K views · 1 month ago

그만 먹고 살 빼! 🔥 몸무게 **134kg** 누나에게 잔소리하는 동생 #류필립 #미나 [#방구석빨간맛] | MBN 20190727 방송
MPLAY : 엠플레이
1.3M views · 11 days ago

Reformpläne: Notfallversorgung soll besser werden
tagesschau
18K views · 12 hours ago
New

EU-Kommission mit Boykott gegen Orbán: Das steckt dahinter | WDR Aktuelle Stunde
WDR aktuell
60K views · 1 day ago
New

US-WAHL: Das ist JD Vance! Früher Trump-Hater – Nun möglicher Vizepräsident | WELTBLICK AUF AMERIKA
WELT Nachrichtensender
22K views · 7 hours ago
New

신입사원으로…힘을 숨긴 '갑' 상사 신하균이 와버렸다 다 Z됐다. 밥 맛 없으면 감사때려서 회사내 횡령, 비리, 오너가 갑질까
지 싹 다 가스층에 참교육해버리는 ≪감사합니다≫
김시선
1.9M views · 8 days ago

[나는솔로21기] 입을 열면 열수록 깨는 허언증? 정숙(feat 본인피셜), 상철에게 까여놓고는 오픈릴레이션쉽 탓을 하는 정숙.
정숙님 말할때 조금만 천천히 차분히 말해보세요
처세9단 황관장 - 사람 돈 관계
15K views · 6 hours ago
New

# EXHIBIT 9

☰    Search    🎤    ⋮    👤 Sign in

🏠 Home
Shorts
Subscriptions
You
History



인생이 별건가 더도 덜도 말고
**잘**먹고 **잘**자고 **잘**놀고

## 잘잘잘
@wellness-plan · 3.24K subscribers · 30 videos

건강 상식, 식단 등 생활에 꼭 필요한 각종 정보와 꿀팁까지! ...more

Subscribe

Shorts    🔍




2:29 | 1:51 | 3:55 | 5:55

상 식전 ⋮ | 다이어트 중에 무심코 먹은 탄산수, 다이어트를 망치는 주... ⋮ | 찜통 더위에 오슬오슬, 식욕은 늘어난다? '이... ⋮ | 달걀 이렇게만 하세요! 효과 만 점으로 먹는 법, 임산부는 특... ⋮

o | 2.3K views · 2 months ago | 105 views · 2 months ago | 779 views · 2 months ago







래 담 이?... | 플라스틱 생수병이 고혈 압의 원인은? ⋮ | 레스토랑에서는 왜 식전 빵과 발사믹을 줄까? ⋮ | 무심코 마신 탄산수, 다 이어트를 망치는 주범? ⋮ | 찜통 더위에 오슬오슬 춥 고 식욕은 없는데 체중... ⋮ | 알고 먹으면 맥반석 달걀

497 views | 504 views | 431 views | 496 views | 5.4K views

## 잘잘잘

@wellness-plan · 3.24K subscribers · 30 videos

건강 상식, 식단 등 생활에 꼭 필요한 각종 정보와 꿀팁까지!

Shorts  🔍



YouTube

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.
Sign in

## Explore

Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

## More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

Sign in

잘잘잘

@wellness-plan · 3.2

건강 상식, 식단 등 생

Shorts

상 식전

다이어트 중에 무심코 먹은 산수, 다이어트를 망치는 주

2.3K views • 2 months ago

## About

본 채널의 모든 컨텐츠는 공식 보도자료, 논문 등의 내용을 기반으로 하되 편집하여 제작하였습니다.

또한 건강 정보 공유를 목적으로 만들어진 컨텐츠로써 의학적인 진료를 대신할 수 없으며,

개인별 건강 상태 등에 따라 결과가 다를 수 있음을 알려드립니다.

따라서 시청자 본인의 선택과 판단이 요구되며, 이에 따른 결과에 대해 본 채널은 어떠한 책임도 지지 않음을 미리 알려드립니다.

## Channel details

Sign in to see email address

www.youtube.com/@wellness-plan

3.24K subscribers

30 videos

567,035 views

Joined Jul 2, 2010

South Korea

Share channel

래 담 이?...

플라스틱 생수병이 고혈압의 원인?
497 views

레스토랑에서는 왜 식전 빵과 발사믹을 줄까?
504 views

무심코 마신 탄산수, 다이어트를 망치는 주범?
431 views

찜통 더위에 고 식욕은
496 views

EXHIBIT 10



EXHIBIT 11



Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping

Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

# richrich story

@richrichstory • 5.18K subscribers • 143 videos

success, rich and famous people story. ...more

Subscribe

ts Playlists

or bankruptcy, operation to send ...

Play all

, 남자친구

일론머스크의 여인들
리치리치스토리
17K views • 1 year ago

트럼프의 여인들
리치리치스토리
2.2K views • 1 year ago

성룡의 여인들 성룡아들 마약 사생아딸은 동성애자 노숙자...
리치리치스토리
760 views • 1 year ago

윌스미스 아내는 21살 연하 아들의 친구와 사귀고 아들은 ...
40K views • 1 year ago

일론머스크의 여인들
17K views • 1 year ago

전설의 록그룹 '퀸' 의 프레디 머큐리 죽기 하루전날 에이...
10K views • 8 months ago

삼성 이재용도 부러워한 무함마드 빈살만 집,재산,취미
7.9K views • 1 year ago

일론ㅁ 지와 ?
6.1K vi

all

richrich story - YouTube

≡ ▶ YouTube

Search    🔍   🎤     ⋮   👤 Sign in

🏠 Home
▶ Shorts
▤ Subscriptions

▣ You
🕐 History

success
is a journey
is no accident
is defined by you

## richrich story

@richrichstory · 5.18K subscribers · 143 videos

success, rich and famous people story.

Sign in to like videos,
comment, and subscribe.

👤 Sign in

**Explore**

🎵 Trending
🛍 Shopping
🎵 Music
🎬 Movies & TV
(•) Live
🎮 Gaming
📰 News
🏅 Sports
💡 Courses
👗 Fashion & Beauty
🎙 Podcasts
▦ Playables

**More from YouTube**

▶ YouTube Premium
▶ YouTube TV
◉ YouTube Music
▶ YouTube Kids

⚙ Settings
⚑ Report history
❓ Help
▤ Send feedback

ts     Playlists     🔍

⋮ #shorts케이트 미들턴
항암치료 마침내 끝나 …
1.2K views

⋮ #shorts재벌 총수는 과
연 오래 살까 #이슈
693 views

⋮ #shorts노소영 사람이
동물과 다른점
14K views

⋮ #shorts 자식갈길 가로
막는 부모를 둔 스타들 …
11K views

#sho
와이…
3.1K vi

all
이야기

⋮ 전설의 록그룹 '퀸' 의 프레디
머큐리 죽기 하루전날 에이…
리치리치스토리
10K views · 8 months ago

⋮ 세상 최고의 직업을 가졌던 미
식 여행가 앤서니 보데인 무…
리치리치스토리
3.6K views · 9 months ago

⋮ 라스트 크리스마스 조지 마이
클 본인도 누나도 크리스마…
리치리치스토리
4.3K views · 9 months ago

⋮ 광기의 조커역 히스레저 28세
로 짧은 생을 마감. 신도 질투…
리치리치스토리
887 views · 1 year ago

진정한
퍼 리…
리치리
2.4K vi

About   Press   Copyright
Contact us   Creators
Advertise   Developers

Terms   Privacy   Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC





Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

richrich story

@richrichstory · 5.18K subscribers · 143 videos

success, rich and famous people story. ...more

Subscribe

ts Playlists

## About

success, rich and famous people story.

## Channel details

Sign in to see email address

www.youtube.com/@richrichstory

5.18K subscribers

143 videos

1,917,100 views

Joined May 30, 2013

Australia

Share channel

or bankruptcy, operation to send ...

Play all

, 남자친구

3:30

5:11

일론머스크의 여인들
리치리치스토리
17K views • 1 year ago

3:57

트럼프의 여인들
리치리치스토리
2.2K views • 1 year ago

4:23

성룡의 여인들 성룡아들 마약 사생아딸은 동성애자 노숙자...
리치리치스토리
760 views • 1 year ago

6:25

5:04

윌스미스 아내는 21살 연하 아들의 친구와 사귀고 아들은 ...
40K views • 1 year ago

5:11

일론머스크의 여인들
17K views • 1 year ago

14:11

전설의 록그룹 '퀸' 의 프레디 머큐리 죽기 하루전날 에이...
10K views • 8 months ago

3:03

삼성 이재용도 부러워한 무함마드 빈살만 집,재산,취미
7.9K views • 1 year ago

일론ㅁ
지와 
6.1K vi

all

YouTube

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

RichRich Story

richrich story

@richrichstory • 5.18K subscribers • 143 videos

success, rich and famous people story.

ts Playlists

#shorts케이트 미들턴 항암치료 마침내 끝나 ...
1.2K views

#shorts재벌 총수는 과연 오래 살까 #이슈
693 views

#sho 동물
14K views

11K views

3.1K vi

all
이야기

전설의 록그룹 '퀸' 의 프레디 머큐리 죽기 하루전날 에이...
리치리치스토리
10K views • 8 months ago

세상 최고의 직업을 가졌던 미식 여행가 앤서니 보데인 무...
리치리치스토리
3.6K views • 9 months ago

라스트 크리스마스 조지 마이클 본인도 누나도 크리스마...
리치리치스토리
4.3K views • 9 months ago

광기의 조커역 히스레저 28세로 짧은 생을 마감. 신도 질투...
리치리치스토리
887 views • 1 year ago

진정한 퍼 리
리치리
2.4K vi

## About

success, rich and famous people story.

## Channel details

Sign in to see email address

www.youtube.com/@richrichstory

5.18K subscribers

143 videos

1,917,100 views

Joined May 30, 2013

Australia

EXHIBIT 12



A Google company

en    Sign in

The Wayback Machine does not have this video archived.

## Before you continue to YouTube

We use cookies and data to

Deliver and maintain Google services

Track outages and protect against spam, fraud, and abuse

Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

## 김희영 전남편 아들 성이 '이'씨에서 '최'씨로 이상하다.#김희영 토란글



richrich story
4.17K subscribers

Subscribe

891    Share    Save

63K views · 10 days ago
안녕하세요.
오늘은 김희영과 전남편 상이에 아들이 있는데 성이 바뀐것 같다는
소문이 있어 확인해 보고자 합니다. ...more



귀해도 너무 귀했다 롯데**VS**해태 고급과자 전쟁🍪 ㅣ 돈슐램 / 14F
14F 일사에프
92K views · 4 days ago
New



France's Insane Election Results Explained
TLDR News EU
549K views · 3 days ago
New



[김대호 박사의 오늘 기업·사람] 테슬라·구글·LG엔솔·SK온
SBS Biz 뉴스
2.7K views · 2 days ago
New

영어 회화 필수 구동사 30개 - part 1 (미국에서 가장 많이 들었던 구동사)



A Google company

Sign in

## Before you continue to YouTube

We use cookies and data to

Deliver and maintain Google services

Track outages and protect against spam, fraud, and abuse

Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

어바웃타임
2.1M views • 9 days ago

[LIVE] 美대법"트럼프 재임 중 공적행위는 면책"..트럼프^^ /프랑스총선, 극우33%로 1위..佛증시는 1%상승/구글, 대만태양광기업에 투자/박윤예의 세계속뉴욕
매경 월가물부
4.2K views • Streamed 3 days ago
New

'1조3800억원 세기의 이혼' 최태원 vs 노소영 대법원으로!
헤리티지TV
5.1K views • 2 weeks ago

8:55

드디어 드림하우스로 이사하는 날 ❗ 3도4촌 시작합니다 🏠 (이효리 오징엇국)
푸드테킨, 이영자
1.3M views • 5 days ago
New

8:09

(791화) PCE는 예상대로, 미 대선 TV토론 영향권 내 [퀵시황 LIVE]_STEPS
성공투자로 이끄는 계단, STEPS
1.2K views • Streamed 4 days ago
New

21:35

This is Why French Women Over 50 AGE SO WELL - 10 SECRETS OF FRENCH WOMEN TO LOOK YOUNGER
Aliceinparis
164K views • 9 days ago

18:23



A Google company

Sign in

# Before you continue to YouTube

We use cookies and data to

    Deliver and maintain Google services

    Track outages and protect against spam, fraud, and abuse

    Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings

나이키

성환김

4.5K views • 4 days ago

New

Show more

EXHIBIT 13



EXHIBIT 14



Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Trending
Shopping
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

# 마스터 리뷰

## 마스터 리뷰

@masterrevie-4 · 3.7K subscribers · 92 videos

마스터리뷰 채널을 방문해주셔서 감사합니다. #연예 #이슈 #인물 #트로트 등 다양한 소식을 누구보다 신속 ...more

Subscribe

ts Playlists Community

강경준 불륜녀 카톡대화 충격 내용 애정행각 불륜녀 장신...
77K views • 9 months ago

현역가왕 8주차 대국민 응원 투표 충격역전 뒤진힌 순위 ...
53K views • 8 months ago

끝사랑 이범천 카사노바 나이 55세 키189cm 시니어 모델 ...
52K views • 1 month ago

강경준 불륜남 충격행위에 분노 장신영 시어머니 손자와 ...
48K views • 9 months ago

빈예시 격 비긴
39K vie

5 ..

임영웅 첫방송 마늘 까는 삼시세끼 고정 출연, 득점왕 히어...
2.6K views • 1 month ago

김수찬 가족 폭로전, 아들의 반박으로 이어진 진실은?
181 views • 1 month ago

결국 연 끊은 김수찬 아버지 "날 악마 같은 인간으로 만들...
595 views • 1 month ago

김수찬 아버지를 알고보니 "교도소 출소 후 악마보다 더해" ...
1.1K views • 1 month ago

장윤정 합류 /
166 vie

혜은이, 5살에 데뷔 후 소녀 가장이 된 사연 #혜...
546 views

김수찬, 어머니의 방송 폭로에 눈물의 심경 고...
863 views

가황 나훈아, 은퇴 선언! 마지막 무대의 감동을 ...
1.3K views

박수홍, 김다예 임신 후 30kg 증가에 대한 솔직...
448 views

최선 이야기
47 view

# 마스터 리뷰

@masterrevie-4 · 3.7K subscribers · 92 videos

마스터리뷰 채널을 방문해주셔서 감사합니다. #연예 #이슈 #인물 #트로트 등 다양한 소식을 누구보다 신속...

ts    Playlists    Community





Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping

Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

마스터 리뷰

# 마스터 리뷰

@masterrevie-4 · 3.7K subscribers · 92 videos

마스터리뷰 채널을 방문해주셔서 감사합니다. #연예 #이슈

ts Playlists Community

## About

마스터리뷰 채널을 방문해주셔서 감사합니다. #연예 #이슈 #인물 #트로트 등 다양한 소식을 누구보다 신속하게 정리해 알려드립니다.

## Channel details

www.youtube.com/@masterrevie-4

3.7K subscribers

92 videos

863,933 views

Joined Nov 8, 2023

South Korea

Share channel

강경준 불륜녀 카톡대화 충격 내용 애정행각 불륜녀 장신...
77K views • 9 months ago

현역가왕 8주차 대국민 응원 투표 충격역전 뒤진힌 순위 ...
53K views • 8 months ago

52K views • 1 month ago

48K views • 9 months ago

빈예서 ... 격 비극...
39K vie...

임영웅 첫방송 마늘 까는 삼시세끼 고정 출연, 득점왕 히어...
2.6K views • 1 month ago

김수찬 가족 폭로전, 아들의 반박으로 이어진 진실은?
181 views • 1 month ago

결국 연 끊은 김수찬 아버지 "날 악마 같은 인간으로 만들...
595 views • 1 month ago

김수찬 아버지를 알고보니 "교도소 출소 후 악마보다 더해" ...
1.1K views • 1 month ago

장윤정 ... 합류 / ...
166 vie...

혜은이, 5살에 데뷔 후 소녀 가장이 된 사연 #혜...
546 views

김수찬, 어머니의 방송 폭로에 눈물의 심경 고...
863 views

가황 나훈아, 은퇴 선언! 마지막 무대의 감동을 ...
1.3K views

박수홍, 김다예 임신 후 30kg 증가에 대한 솔직...
448 views

최선... 이야기...
47 view...

YouTube

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

Sign in

마스터 리뷰

# 마스터 리뷰

@masterrevie-4 · 3.7K subscribers · 92 videos

마스터리뷰 채널을 방문해주셔서 감사합니다. #연예 #이슈

ts Playlists Community

## About

마스터리뷰 채널을 방문해주셔서 감사합니다. #연예 #이슈 #인물 #트로트 등 다양한 소식을 누구보다 신속하게 정리해 알려드립니다.

## Channel details

www.youtube.com/@masterrevie-4

3.7K subscribers

92 videos

863,933 views

Joined Nov 8, 2023

South Korea

EXHIBIT 15



A Google company

en          Sign in

The Wayback Machine does not have this video archived.

Before you continue to YouTube

We use cookies and data to

Deliver and maintain Google services

Track outages and protect against spam, fraud, and abuse

Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

## 최태원 김희영 결국 또 폭로해 버린 노소영의 현재 상황 정리

 마스터 리뷰
2.85K subscribers

Subscribe            1.6K        Share        Save

127K views  1 day ago  #김희영 #부부관계 #SK그룹
노소영 관장의 감동적인 이야기와 최태원 회장과의 이혼 소송 뒷이야기

안녕하세요 여러분, 이번 영상에서는 노소영 아트센터 나비 관장의 과거 인터뷰와 최근 이슈에 대해 다뤄보겠습니다. ...mor

Leinen-Kleidung im Ausverkauf

Ausverkauf von Baumwoll- und Leinenserien, bis zu 50 % Rabatt auf der gesamten Website

**Sponsored** · Simpfit

Jetzt einkaufen

 [시사쇼 정치다] '이 단어' 썼다고..."임영웅 실망, 불매합니다" 유튜브 댓글 테러
뉴스TVCHOSUN
65K views · 8 hours ago
New

최태원 노소영 세기의 이혼소송, 이미 그려진 큰 그림이었다? (ft.정경유착) | 이혼전문 박은주
변호사
변호사 언니



A Google company     **Sign in**

# Before you continue to YouTube

We use cookies and data to

    Deliver and maintain Google services

    Track outages and protect against spam, fraud, and abuse

    Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings





15K views · Streamed 2 days ago
New

[TVCHOSUN #LIVE] 6월 28일 (금) #뉴스9 - 野, 김홍일 고발…전방위 압박
뉴스TVCHOSUN
71K views · 2 days ago
New

바이든-트럼프 첫 TV토론..美유권자 40% "트럼프가 바이든보다 TV토론 더 잘할 것" - [끝까지 LIVE] MBC뉴스 2024년 6월 28일
MBCNEWS
57K views · Streamed 2 days ago
New

30년 전, 세상에 남은 남매의 은인 '생선가게 아주머니'를 만나러 가는 길 #이말을꼭하고싶었어요. EP.2 | tvN 240624 방송
tvN
843K views · 6 days ago
New

[현장] 새 지도부 선출방식은?…더불어민주당 전당대회준비위원회 회의 결과 브리핑 24.06.28 | MBN NEWS
MBN News
3.9K views · Streamed 2 days ago
New

[현장영상] '영남 당심' 찾아 부산행…박형준 시장 만난 한동훈 / YTN
YTN
135K views · Streamed 2 days ago
New

A Google company                                                    Sign in

# Before you continue to YouTube

We use cookies and data to

    Deliver and maintain Google services

    Track outages and protect against spam, fraud, and abuse

    Measure audience engagement and site statistics to understand how our services are
    used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings

3대째 찐재벌은 어떤 집에서 살까? (집들이,최고가 제품은?)

A급 장영란
552K views  · 3 weeks ago

[다큐 '가족' 97회 3부] 6개월 된 손자들 버리고 도망간 아들 살아있다는 소식에 서러움 복받쳐
오열하는 할머니

OBS TV
268K views  · 8 days ago

사람 하나만 보고 결혼했는데 남편이 어린 여자와 바람이 나면 벌어지는 일 [영화리뷰 결말포
함]

무드킹
125K views  · 7 days ago

Show more

EXHIBIT 16

≡    🔍 Search    🎤    ⋮    👤 Sign in

🏠 Home
▶ Shorts
🗂 Subscriptions

▶ You
🕐 History

Sign in to like videos, comment, and subscribe.

👤 Sign in

**Explore**

🎵 Trending
🛍 Shopping

🎬 Movies & TV
(•) Live
🎮 Gaming
📰 News
🏆 Sports
🎓 Courses
👗 Fashion & Beauty
🎙 Podcasts
⠿ Playables

**More from YouTube**

▶ YouTube Premium
▶ YouTube TV
⦿ YouTube Music
▶ YouTube Kids

⚙ Settings
🚩 Report history
❓ Help
⊟ Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC





# 슈칠27

@슈칠27_issueCHILL · 40.3K subscribers · 176 videos

"작은 디테일이 만드는 큰 차이" ...more

Subscribe

ts    Playlists    🔍

▶

컬 체험

   

⋮ 안성재 셰프를 치떨리게 한 진상 손님의 정체
8.6K views

⋮ 미슐랭 3스타 셰프의 개 쩌는 디테일 수준
191K views

⋮ 요단강행 특급열차였던 영포티 큰손과의 데이트
1.6K views

⋮ 허리춤에 쌍권총을 두른 황재균 마누라 ㄷㄷ..
4.3K views

⋮ 당진○ 가 배
3.4K vi

☰  ▶ YouTube

🏠 Home
▷ Shorts
⊟ Subscriptions

▶ You
🕓 History

Sign in to like videos,
comment, and subscribe.

👤 Sign in

**Explore**

🎵 Trending
🛍 Shopping
🎵 Music
🎬 Movies & TV
(•)) Live
🎮 Gaming
📰 News
🏆 Sports
💡 Courses
👗 Fashion & Beauty
🎙 Podcasts
⊞ Playables

**More from YouTube**

▶ YouTube Premium
▶ YouTube TV
◎ YouTube Music
▶ YouTube Kids

⚙ Settings
🚩 Report history
❓ Help
⊡ Send feedback

About   Press   Copyright
Contact us   Creators
Advertise   Developers

Terms   Privacy   Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

## 슈칠27

@슈칠27_issueCHILL • 40.3K subscribers • 176 videos

"작은 디테일이 만드는 큰 차이"

ts    Playlists    🔍





Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

# 슈칠27

@슈칠27_issueCHILL · 40.3K subscribers · 176 videos

"작은 디테일이 만드는 큰 차이" ...more

Subscribe

ts Playlists

## About

"작은 디테일이 만드는 큰 차이"

연세대 출신 슈칠이는
저만의 눈으로 바라본 세상
하찮은 비유와 상징으로 범벅된 주접을 지향하며
거기에 지식 한 꼬집 투하 해보려 합니다.

Let's CHILL.

문의 : issuechill27@proton.me

## Channel details

Sign in to see email address

www.youtube.com/@슈칠27_issueCHILL

40.3K subscribers

176 videos

44,008,269 views

Joined Sep 21, 2023

South Korea

Share channel

렬 체험

## Explore

Trending
Shopping

Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

## More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

안성재 셰프를 치떨리게 한 진상 손님의 정체

8.6K views

미슐랭 3스타 셰프의 개쩌는 디테일 수준

191K views

요단강행 특급열차였던 영포티 큰손과의 데이트

1.6K views

허리춤에 쌍권총을 두른 황재균 마누라 ㄷㄷ..

4.3K views

당진 가 배

3.4K vi

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

YouTube

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

# 슈칠27

@슈칠27_issueCHILL • 40.3K subscribers • 176 videos

"작은 디테일이 만드는 큰 차이"

ts Playlists

## About

"작은 디테일이 만드는 큰 차이"

연세대 출신 슈칠이는
저만의 눈으로 바라본 세상
하찮은 비유와 상징으로 범벅된 주접을 지향하며
거기에 지식 한 꼬집 투하 해보려 합니다.🤓

Let's CHILL.

📧문의📧 : issuechill27@proton.me

## Channel details

Sign in to see email address

www.youtube.com/@슈칠27_issueCHILL

40.3K subscribers

176 videos

44,008,269 views

Joined Sep 21, 2023

South Korea

EXHIBIT 17

A Google company

en    Sign in

The Wayback Machine does not have this video archived.

## Before you continue to YouTube

We use cookies and data to

    Deliver and maintain Google services

    Track outages and protect against spam, fraud, and abuse

    Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings

## 주작하다 딱 걸린 최태원의 그녀(ft. 바이올린)

슈칠27_issueCHILL
35.9K subscribers

Subscribe

1.6K    Share    Save

138K views  2 days ago  #김희영 #주작 #사건
#김희영 #바이올린 #주작 #사건

@issueCHILL27 ...more



송혜교가 평생 숨기고 싶었던 35가지 쪽팔린 소름돋는 이혼 이유들. 꼬리가 길면 잡힌다
1990hawkins
2.9M views  · 2 years ago



클로이 희영 킴은 누구인가?
정법전TV
533K views  · 13 days ago



2조원 있다고? 이영애 남편의 충격 실체! 도대체 무슨 날벼락인가...
연예이슈속보
453K views  · 2 weeks ago

A Google company

**Sign in**

# Before you continue to YouTube

We use cookies and data to

     Deliver and maintain Google services

     Track outages and protect against spam, fraud, and abuse

     Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

     Develop and improve new services

     Deliver and measure the effectiveness of ads

     Show personalized content, depending on your settings

     Show personalized ads, depending on your settings





[시사쇼 정치다] 노소영 지지하는 삼남매?! 최태원 비판 탄원서 제출! "끝까지 본인의 잘못을 인정하지 않고 합리화하는 위선적인 모습"

뉴스TVCHOSUN

806K views · 2 weeks ago

1:56

충격.. 💥 목공소에서 매를 굵기 별로 맞췄던 김윤아의 아빠.. 가정 환경이 만든 자기 파괴 폭력적 자아 🩸 | 오은영의 금쪽 상담소

빼밀리

163K views · 2 weeks ago

최태원, 동거인 김희영 사주의 궁합 / 현직 박수무당의 소름돋는 점괘 #리얼 #신점

박수무당 영모전

737K views · 6 months ago

[#오은영리포트 결혼지옥] 남편 보자 공포를 느끼는 아내 " 이혼하시기를 권합니다 " -신용 부부4- #엠뚜루마뚜루 #불꼬양 MBC240617방송

엠뚜루마뚜루 : MBC 공식 종합 채널

624K views · 3 days ago

New

[선공개] 배우 유혜리, 방송에서 처음으로 밝히는 진짜 이혼 사유는? " 술만 마시면 갑자기... " MBN 240622 방송

MBN Entertainment

68K views · 1 day ago

New

롤렉스가 왜 인기 많은지 모르겠다는 45년차 시계장인

직업의모든것 All about jobs



A Google company

Sign in

# Before you continue to YouTube

We use cookies and data to

Deliver and maintain Google services

Track outages and protect against spam, fraud, and abuse

Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

1.4K watching

LIVE

Mix - 슈칠27_issueCHILL

Show more

EXHIBIT 18



☰    🔍 Search    🎤    ⋮    Sign in

🏠 Home
▶ Shorts
▣ Subscriptions

▶ You
🕐 History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**

🔥 Trending
🛍 Shopping

🎬 Movies & TV
((•)) Live
🎮 Gaming
📰 News
🏆 Sports
📚 Courses
💄 Fashion & Beauty
🎙 Podcasts
⬤⬤ Playables

**More from YouTube**

▶ YouTube Premium
▶ YouTube TV
◉ YouTube Music
▶ YouTube Kids

⚙ Settings
🚩 Report history
❓ Help
📧 Send feedback

About  Press  Copyright
Contact us  Creators
Advertise  Developers

Terms  Privacy  Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

### 푸른샘TV

@pure-sea · 192K subscribers · 354 videos

More about this channel ...more

**Subscribe**



미우새 이상민 결혼상대자 보고 놀란이유... 모두가 놀란 ...
4.9K views · 2 days ago



가수 박서진 어쩌다가 이런일이
32K views · 4 days ago



장윤정 도경완 가족 120억 펜트하우스 최초 공개
110K views · 6 days ago



회장님네 사람들 이계인 어쩌다가 이런일이
66K views · 8 days ago

≡  ▶ YouTube

🏠  Home
▶  Shorts
▣  Subscriptions

▣  You
🕐  History

Sign in to like videos,
comment, and subscribe.

Sign in

**Explore**
♪  Trending
▤  Shopping
♪  Music
🎬  Movies & TV
((•))  Live
🎮  Gaming
▤  News
🏆  Sports
💡  Courses
👗  Fashion & Beauty
🎙  Podcasts
▦  Playables

**More from YouTube**
▶  YouTube Premium
▶  YouTube TV
◉  YouTube Music
▶  YouTube Kids

⚙  Settings
⚑  Report history
?  Help
⊡  Send feedback

About  Press  Copyright
Contact us  Creators
Advertise  Developers

Terms  Privacy  Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

▶ Sign in

## 푸른샘TV

@pure-sea · 192K subscribers · 354 videos

More about this channel





Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping

Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

# 푸른샘TV

@pure-sea • 192K subscribers • 354 videos

More about this channel ...more

Subscribe

미우새 이상민 결혼상대자 보고 놀란이유... 모두가 놀란 ...
4.9K views • 2 days ago

가수 박서진 어쩌다가 이런일이
32K views • 4 days ago

장윤... 트하...
110K ...

## About

### Channel details

www.youtube.com/@pure-sea
192K subscribers
354 videos
55,390,342 views
Joined Aug 4, 2022
France

Share channel

YouTube

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2024 Google LLC

# 푸른샘TV

@pure-sea • 192K subscribers • 354 videos

More about this channel

## About

### Channel details

www.youtube.com/@pure-sea

192K subscribers

354 videos

55,390,342 views

Joined Aug 4, 2022

France

EXHIBIT 19



A Google company    en    Sign in

The Wayback Machine does not have this video archived.

Before you continue to YouTube

We use cookies and data to

Deliver and maintain Google services

Track outages and protect against spam, fraud, and abuse

Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

## 최태원 김희영 노소영 어쩌다가 이런일이

푸른샘TV
154K subscribers

Subscribe        6.1K        Share        Save

291K views · 5 days ago
...more

**Lust auf ein Date?**

Jetzt chatten

**Sponsored** · MeinDate

Kontakt

"위로가 된 사람과 아이가.." "일부일처 무시" 파국의 시작 [뉴스.zip/MBC뉴스]
MBCNEWS
2.7M views · 1 month ago

베일에 싸인 최태원 동거인은 누구?
뉴스TVCHOSUN
1.1M views · 5 years ago






A Google company

Sign in

# Before you continue to YouTube

We use cookies and data to

    Deliver and maintain Google services

    Track outages and protect against spam, fraud, and abuse

    Measure audience engagement and site statistics to understand how our services are
    used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

    Develop and improve new services

    Deliver and measure the effectiveness of ads

    Show personalized content, depending on your settings

    Show personalized ads, depending on your settings



감자와 절대로 함께 먹지마세요! 암과 치매에 걸릴 수 있습니다! 감자와 먹으면 최악의 궁합 3
가지와 건강지키는 최고의 음식 3가지까지 [감자효능, 건강 정보]

건강만점

315K views · 1 month ago

클로이 희영 킴은 누구인가?

정법전TV

624K views · 3 weeks ago

최태원, 동거인 김희영 사주의 궁합 / 현직 박수무당의 소름돋는 점괘 #리얼 #신점

박수무당 영모전

774K views · 6 months ago

SK 최태원회장의 명언 ┃ 깨달음을 주는 채널 REALIZE(리얼라이즈)

리얼라이즈 | 명언채널 |

2.1K views · 5 days ago
New

'노소영' 사주 속 놀라운 비밀 #신점 #공수

하늘소리당

335K views · 3 weeks ago

(일일뉴스) 윤심, 원 44.4% vs 한 28.8% 대박! 한동훈 유체이탈 충격! 김건희 깜짝 행보 국민 감
동! / 2024.07.04

신의한수

A Google company

<span>Sign in</span>

# Before you continue to YouTube

We use cookies and data to

Deliver and maintain Google services

Track outages and protect against spam, fraud, and abuse

Measure audience engagement and site statistics to understand how our services are used and enhance the quality of those services

If you choose to "Accept all," we will also use cookies and data to

Develop and improve new services

Deliver and measure the effectiveness of ads

Show personalized content, depending on your settings

Show personalized ads, depending on your settings

New

송혜교가 평생 숨기고 싶었던 35가지 쪽팔린 소름돋는 이혼 이유들. 꼬리가 길면 잡힌다

1990hawkins

3M views · 2 years ago

가수 손태진 어쩌다가 이런일이

푸른샘TV

54K views · 2 weeks ago

Show more